**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Screamworks, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 88-1407022 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 35340 Scotland Heights Rd.<br>Round Hill, VA 20141 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Loudoun | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://screamloco.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | Screamworks, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

7999

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    Screamworks, LLC                                      Case number (*if known*) _____
          _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |

Debtor   Screamworks, LLC
         Name                                                          Case number (*if known*)

☐ $100,001 - $500,000              ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million            ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    Screamworks, LLC
_____    Case number (if known) _____
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 30, 2023
              MM / DD / YYYY

**X** /s/  Jennifer Lassiter                              Jennifer Lassiter
Signature of authorized representative of debtor          Printed name

Title    Managing Member

**18. Signature of attorney**

**X** /s/ Maurice Verstandig                    Date    May 30, 2023
Signature of attorney for debtor                        MM / DD / YYYY

Maurice Verstandig    81556
Printed name

The Belmont Firm
Firm name

1050 Connecticut NW
Suite 500
Washington, DC 20036
Number, Street, City, State & ZIP Code

Contact phone    (202) 991-1101        Email address    mac@mbvesq.com

81556 - Virginia
Bar number and State

## <u>RESOLUTION OF SCREAMWORKS, LLC</u>

The undersigned, holding a majority of the membership interest in Screamworks, LLC ("Screamworks") and being the sole officers of Screamworks, do hereby resolve as follows:

WHEREAS, Screamworks is embroiled in litigation that threatens to prevent Screamworks from operating its highly-seasonal business in the calendar year 2023; and

WHEREAS, the aforesaid litigation has occasioned the majority of Screamworks' tangible assets being seized by a third party who is not a lienholder thereof; and

WHEREAS, the costs attendant to litigation, coupled with the costs attendant to any new action to replevin the aforesaid assets, are greater than Screamworks is likely to be able to afford without compromising the cash on hand requisite to operate as a going concern; and

WHEREAS, Screamworks is without the capital requisite to continue its ordinary operations without undertaking a strategic reorganization of its affairs; and

WHEREAS, it is the belief of a majority of the membership interest of Screamworks that Screamworks may be able to continue in its business if permitted to strategically restructure its debts through a multi-year payment plan;

IT IS NOW, THEREFORE, RESOLVED as follows:

1.      Jennifer Lassiter ("Ms. Lassiter") is authorized to take any and all actions necessary to file a petition for relief, on behalf of Screamworks, pursuant to Section 301 of Title 11 of the United States Code;

2.      Ms. Lassiter is authorized to engage counsel to act as general reorganization counsel to Screamworks, and any efforts already so taken are hereby ratified and affirmed to the extent necessary; and

3.      The officers and directors of Screamworks, individually and collectively, are authorized and directed to work with the general reorganization counsel of Screamworks to reorganize Screamworks through whatever means may be most efficient, including reapportionment of equity, sale and/or liquidation.

Dated this 30th day of May, 2023

SCREAMWORKS, LLC

By: _____      By: _____
Jennifer Lassiter                                          Matthew Smith
Its: Authorized Agent                                   Its: Authorized Agent

**Fill in this information to identify the case:**

Debtor name    Screamworks, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 30, 2023          X /s/   Jennifer Lassiter
                                     Signature of individual signing on behalf of debtor

                                     Jennifer Lassiter
                                     Printed name

                                     Managing Member
                                     Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    Screamworks, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known):  _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Crystal Mills 34640 Williams Gap Road Round Hill, VA 20141 | | | | | | $240.00 |
| David Gregory 40834 Graydon Manor Lane Leesburg, VA 20175 | | | Unliquidated Disputed | | | $550,000.00 |
| Intuit, Inc. 2700 Coast Ave. Mountain View, CA 94043 | | | | | | $90.00 |
| Kenneth Strader 664 Gateway Drive SE Leesburg, VA 20175 | | | | | | $50.00 |
| Matthew Smith 35340 Scotland Heights Road Round Hill, VA 20141 | | | | | | $616.00 |
| Ooma, Inc. 525 Almanor Avenue Suite 200 Sunnyvale, CA 94085 | | | | | | $28.14 |
| Pincher Creek Construction, LLC 801 Childrens Center Rd SW Leesburg, VA 20175 | | | Unliquidated Disputed | | | $550,000.00 |
| Sikich LLP 333 John Carlyle Street Suit 500 Alexandria, VA 22314 | | | | | | $300.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor  Screamworks, LLC                                             Case number (if known) _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Thirty Seven Media and Marketing Group 20915 Ashburn Road Suite 215 Ashburn, VA 20147 | | | | | | $50.00 |
| Verizon Verizon Wireless Bankruptcy Administration 500 Technology Drive Suite 550 Saint Charles, MO 63304 | | | | | | $188.00 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 2

**Fill in this information to identify the case:**

Debtor name ___Screamworks, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................ $     223,592.51

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................. $     223,592.51

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     0.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $     290.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$     1,101,272.14

4.  **Total liabilities** .............................................................................................................................
    Lines 2 + 3a + 3b

$     1,101,562.14

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Screamworks, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Bank of Charles Town | Checking | 7179 | $89,814.28 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $89,814.28

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Screamworks, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>GEP Vortex Tunnel 20' | | $0.00 | | $14,150.00 |
| | Gore Galore Giant Chainsaw | | $0.00 | | $5,160.00 |
| | Poison Prop Autopsy Table | | $0.00 | | $1,987.99 |
| | Poison Prop Ceiling Hanger | | $0.00 | | $2,563.99 |
| | Nevermore Doll Character Lifesize | | $0.00 | | $1,200.00 |
| | Creepy Collection Mad Dr Lifesize | | $0.00 | | $849.99 |
| | Creepy Collection Clown Lifesize | | $0.00 | | $849.99 |
| | Creepy Collection 5 Clown Heads | | $0.00 | | $549.99 |
| | Creepy Collection 5 Severed Heads | | $0.00 | | $549.99 |
| | Hanging Skull Head | | $0.00 | | $50.00 |
| | Creepy Collection Smiley lifesize | | $0.00 | | $899.99 |
| | Creepy collection Apocalyptic Killer1 Lifesize | | $0.00 | | $899.99 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    Screamworks, LLC                                    Case number *(If known)*
          Name

| | | | |
|---|---|---|---|
| Creepy Collection Apocalyptic Killer2 Lifesize | | $0.00 | $899.99 |
| Creepy Collection Red Dead Half Body | | $0.00 | $499.99 |
| Creepy Collection Dead Doll | | $0.00 | $849.99 |
| Creepy Collection Pig Mutant Lifesize | | $0.00 | $849.99 |
| Creepy Collection Plague Dr | | $0.00 | $849.99 |
| Creepy Collection Emogi | | $0.00 | $849.99 |
| Creepy Collection Turned Head | | $0.00 | $849.99 |
| Dapper Cadaver Legs | | $0.00 | $1,675.00 |
| Blank Foam Bodies (13 such items) | | $0.00 | $2,729.35 |
| 12 Foot Skeletons (two such items) | | $0.00 | $600.00 |
| Drop Boxes | | $0.00 | $1,000.00 |
| Slide Windows | | $0.00 | $220.00 |
| Elevator | | $0.00 | $2,994.35 |
| Chainsaws (four such items) | | $0.00 | $876.00 |
| Pop Crackers (two such items) | | $0.00 | $429.94 |
| Flashplate | | $0.00 | $269.97 |
| Laser Swamp | | $0.00 | $879.99 |
| Haze Machine | | $0.00 | $469.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Screamworks, LLC
_____    Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| Squish Floor | | $0.00 | $527.99 |
| Sliding Floor | | $0.00 | $1,200.00 |
| Black and White Maze | | $0.00 | $1,185.00 |
| Fog Geyser | | $0.00 | $700.00 |
| Fog Geyser | | $0.00 | $2,899.99 |
| Color Laser | | $0.00 | $44.20 |
| Shock Mats | | $0.00 | $116.50 |
| Creature Crate | | $0.00 | $1,039.98 |
| Pot Rack | | $0.00 | $324.97 |
| Jumping Barrel | | $0.00 | $330.24 |
| Pop Blasters (five such items) | | $0.00 | $3,239.76 |
| Video Scare Door and Television | | $0.00 | $900.00 |
| Video Scare Camera and Television | | $0.00 | $400.00 |
| Spark Fence | | $0.00 | $196.15 |
| Door Bangers (two such items) | | $0.00 | $649.98 |
| Video Repeater | | $0.00 | $115.52 |
| Wooden Table (six such items) | | $0.00 | $360.00 |
| Bunk Beds (five such items) | | $0.00 | $750.00 |
| Steel 55 Gallon Barrels (58 such items) | | $0.00 | $1,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Screamworks, LLC                                    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| Sets (138 such items) | | $0.00 | $6,900.00 |
| Plexi Window | | $0.00 | $90.00 |
| Dolls (ten such items) | | $0.00 | $50.00 |
| Curtains (five such items) | | $0.00 | $280.85 |
| Netting (five sets) | | $0.00 | $352.45 |
| Erosion Cloth (two such items) | | $0.00 | $279.98 |
| Freezer Handles (12 such items) | | $0.00 | $285.00 |
| Bungee Cords (16 such items) | | $0.00 | $95.88 |
| Exit Stickers (23 such items) | | $0.00 | $176.45 |
| Foam Noodles (50 such items) | | $0.00 | $184.43 |
| Fear Flaps (16 such items) | | $0.00 | $439.99 |
| Chain Link (four such items) | | $0.00 | $436.00 |
| Locks (30 such items) | | $0.00 | $227.80 |
| Haunt Curtains (four items) | | $0.00 | $800.00 |
| Hanging Barbed Wire (five such items) | | $0.00 | $25.00 |
| Morgue Doors (12 such items) | | $0.00 | $285.00 |
| Shower Curtains and Rods (two such items) | | $0.00 | $46.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Screamworks, LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| Wool Blankets (four such items) | | $0.00 | $99.60 |
| Haunt Pin Light System (100 such items) | | $0.00 | $2,595.34 |
| Strobe Lighting | | $0.00 | $419.65 |
| Big Strobe Lights (four such items) | | $0.00 | $139.80 |
| Siren Light (two such items) | | $0.00 | $44.00 |
| Black Lights (three such items) | | $0.00 | $464.94 |
| Cone Lights (four such items) | | $0.00 | $317.95 |
| Party Lights (eight such items) | | $0.00 | $183.37 |
| 24 Port Poe Switch (two such items) | | $0.00 | $400.00 |
| Dell Laptop Sound Control | | $0.00 | $300.00 |
| Speakers 10" (23 such items) | | $0.00 | $4,056.00 |
| 18" Bass Sub | | $0.00 | $740.94 |
| Converters (24 such items) | | $0.00 | $4,213.00 |
| Power Strip | | $0.00 | $20.00 |
| Speaker Mount (24 such items) | | $0.00 | $623.75 |
| Sound Bar | | $0.00 | $239.89 |
| Handheld Radios (20 such items) | | $0.00 | $186.99 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor      Screamworks, LLC                                    Case number *(If known)* _____
            Name

| | | | |
|---|---|---|---|
| Foam Carver | | $0.00 | $250.73 |
| Blower Fans (two such items) | | $0.00 | $228.94 |
| Phone Cases (two such items) | | $0.00 | $29.66 |
| Welder | | $0.00 | $109.12 |
| Jack | | $0.00 | $254.40 |
| Lorex DVR 32 | | $0.00 | $5,819.37 |
| Lorex DVR 8 (two such items) | | $0.00 | $2,800.00 |
| 55" TV Monitor (three such items) | | $0.00 | $750.00 |
| Outdoor Cat 5 Cable | | $0.00 | $5,931.41 |
| 8 Port Switch | | $0.00 | $30.00 |
| Power Strip (two such items) | | $0.00 | $20.00 |
| Actor Spot Cameras (14 such items) | | $0.00 | $951.86 |
| Electro Magnets (19 such items) | | $0.00 | $332.50 |
| 80 Gallon Air Compressor (two such items) | | $0.00 | $3,600.00 |
| 100 ft. Hose (several such items) | | $0.00 | $1,697.70 |
| Air Driers (35 such items) | | $0.00 | $559.65 |
| Timing Control (two such items) | | $0.00 | $1,200.00 |
| Exit Signs (16 such items) | | $0.00 | $302.00 |

Debtor    Screamworks, LLC _____    Case number *(If known)* _____
         Name

| Item | | Value | | Amount |
|---|---|---|---|---|
| Exit Lighting | | $0.00 | | $1,335.60 |
| Some Detectors (34 such items) | | $0.00 | | $314.84 |
| Fire Extinguishers (12 such items) | | $0.00 | | $960.00 |
| Emergency White Light System | | $0.00 | | $4,841.97 |
| Picnic Tables (ten such items) | | $0.00 | | $2,000.00 |
| Six Foot Folding Tables (10 such items) | | $0.00 | | $540.00 |
| Tents (two such items) | | $0.00 | | $253.98 |
| POE Square Systems (six such items) | | $0.00 | | $4,800.00 |
| iPad | | $0.00 | | $429.00 |
| Silt Fence | | $0.00 | | $1,520.58 |
| Parking Vests (10 such items) | | $0.00 | | $26.48 |
| Promotional Merchandise | | $0.00 | | $1,000.00 |
| Cammoflage Poncho | | $0.00 | | $19.99 |
| Clown Blaster | | $0.00 | | $199.99 |
| Air Makeup Guns (eight such items) | | $0.00 | | $1,100.00 |
| Gun Holders (three such items) | | $0.00 | | $82.68 |

23.    **Total of Part 5.**

      Add lines 19 through 22.    Copy the total to line 84.

      $133,778.23

24.    **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Screamworks, LLC | Case number *(If known)* | |
|--------|------------------|--------------------------|--|
| | Name | | |

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|---------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---------|---------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---------|

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|---------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|---------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Screamworks, LLC _____    Case number *(If known)* _____
          Name

<div style="background:black; color:white;">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $89,814.28 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $133,778.23 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $223,592.51 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $223,592.51 |

**Fill in this information to identify the case:**

Debtor name ___Screamworks, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name      Screamworks, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** | Priority creditor's name and mailing address
Commonwealth of Virginia
1957 Westmoreland Street
Richmond, VA 23230

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $0.00    Priority amount $0.00

Date or dates debt was incurred                     Basis for the claim:

Last 4 digits of account number                     Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ☒ No
unsecured claim: 11 U.S.C. § 507(a) (8)             ☐ Yes

**2.2** | Priority creditor's name and mailing address
Crystal Mills
34640 Williams Gap Road
Round Hill, VA 20141

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $240.00    Priority amount $0.00

Date or dates debt was incurred                     Basis for the claim:

Last 4 digits of account number                     Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)             ☐ Yes

**2.3** | Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $0.00    Priority amount $0.00

Date or dates debt was incurred                     Basis for the claim:

Last 4 digits of account number                     Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ☒ No
unsecured claim: 11 U.S.C. § 507(a) (8)             ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Screamworks, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $0.00 |
|---|---|---|---|---|

Kenneth Strader
664 Gateway Drive SE
Leesburg, VA 20175

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Virginia Employment Commission
P.O. Box 26441
Richmond, VA 23261

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $550,000.00 |
|---|---|---|---|

David Gregory
40834 Graydon Manor Lane
Leesburg, VA 20175

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim:
Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Geller Law Group, PLLC
4000 Legato Road
Suite 1100
Fairfax, VA 22033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim:
Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

Intuit, Inc.
2700 Coast Ave.
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim:
Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $616.00 |
|---|---|---|---|

Matthew Smith
35340 Scotland Heights Road
Round Hill, VA 20141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim:
Is the claim subject to offset?  ☒ No  ☐ Yes

| Debtor | Screamworks, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address<br>Ooma, Inc.<br>525 Almanor Avenue<br>Suite 200<br>Sunnyvale, CA 94085 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28.14 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address<br>Pincher Creek Construction, LLC<br>801 Childrens Center Rd SW<br>Leesburg, VA 20175 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $550,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>Sikich LLP<br>333 John Carlyle Street<br>Suit 500<br>Alexandria, VA 22314 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address<br>Thirty Seven Media and Marketing Group<br>20915 Ashburn Road<br>Suite 215<br>Ashburn, VA 20147 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address<br>Verizon<br>Verizon Wireless Bankruptcy Administration<br>500 Technology Drive<br>Suite 550<br>Saint Charles, MO 63304 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $188.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Nicholas V. Albu, Esq.<br>The Albu Firm PLLC<br>40834 Graydon Manor Lane<br>Leesburg, VA 20175 | Line 3.6<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 290.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,101,272.14 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Screamworks, LLC                                    Case number (if known)
          _____                                              _____
          Name

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.                                       5c.    $ _____ 1,101,562.14

**Fill in this information to identify the case:**

Debtor name     Screamworks, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
      ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Cell phone service | |
| | State the term remaining | Expires in August 2025 | Verizon<br>Verizon Wireless Bankruptcy Administration<br>500 Technology Drive<br>Suite 550<br>Saint Charles, MO 63304 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Automated answering system | |
| | State the term remaining | Month-to-month | Ooma, Inc.<br>525 Almanor Avenue<br>Suite 200<br>Sunnyvale, CA 94085 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Screamworks, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.3 | Jennifer Lassiter | 35340 Scotland Heights Road<br>Round Hill, VA 20141<br>Joint defendant in litigation | David Gregory | ☐ D _____<br>☒ E/F __3.1__<br>☐ G _____ |
| 2.4 | Jennifer Lassiter | 35340 Scotland Heights Road<br>Round Hill, VA 20141<br>Joint defendant in litigation | Pincher Creek<br>Construction, LLC | ☐ D _____<br>☒ E/F __3.6__<br>☐ G _____ |
| 2.5 | Matthew Smith | 35340 Scotland Heights Road<br>Round Hill, VA 20141<br>Joint defendant in litigation | David Gregory | ☐ D _____<br>☒ E/F __3.1__<br>☐ G _____ |
| 2.6 | Matthew Smith | 35340 Scotland Heights Road<br>Round Hill, VA 20141<br>Joint defendant in litigation | Pincher Creek<br>Construction, LLC | ☐ D _____<br>☒ E/F __3.6__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___Screamworks, LLC_____

United States Bankruptcy Court for the:   ___EASTERN DISTRICT OF VIRGINIA_____

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $95.40 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $267,948.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Screamworks, LLC | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Geller Law Group, PLLC<br>4000 Legato Road<br>Suite 1100<br>Fairfax, VA 22033 | The debtor has made various payments to the Geller Law Group, PLLC, in the form of a retainer and, subsequently, in substantially contemporaneous payment of bills rendered by the firm for legal services tendered in connection with state court litigation. At no time was any debt paid of an antecedent variety. | $36,191.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Legal services rendered |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Matthew Smith<br>35340 Scotland Heights Road<br>Round Hill, VA 20141<br>Member | Every week, commencing November 18, 2022, with each such payment being in the amount of $1,540.00 | $43,120.00 | Mr. Smith is an employee of the debtor |

Debtor    Screamworks, LLC
_____    Case number (if known) _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.  Matthew Smith<br>35340 Scotland Heights Road<br>Round Hill, VA 20141<br>Member | May 17, 2022<br>($5,000.00);<br>May 31, 2022<br>($8,000.00);<br>July 6, 2022<br>($3,000.00);<br>July 14, 2022<br>($8,000.00);<br>and August<br>18, 2022<br>($6,000.00). | $30,000.00 | Member draws taken prior to Mr.<br>Smith formally becoming an<br>employee of the debtor, serving<br>as de facto compensation for his<br>efforts on behalf of the debtor |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold
    at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
    of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
    debt.

    ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
    in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1.  Gregory, et al. v. Screamworks,<br>LLC, et al.<br>CL23-1189 | Civil | Circuit Court of Loudoun<br>County<br>18 E Market Street<br>Leesburg, VA 20178 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
    receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ☒ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
    the gifts to that recipient is less than $1,000**

    ☐ None

Debtor    Screamworks, LLC                                     Case number (if known)  _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Synergy Community Foundation<br>40834 Graydon Manor Lane<br>Leesburg, VA 20175 | $11,336 (net proceeds of event) | December 16, 2022 | $11,336.00 |
| **Recipients relationship to debtor** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.<br><br>The Belmont Firm<br>1050 Connecticut Avenue, NW<br>Suite 500<br>Washington, DC 20036 | | May 20, 2023 ($10,000.00) ; May 30, 2023 ($5,000.00) | $15,000.00 |
| **Email or website address**<br>http://www.dcbankruptcy.com | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Debtor | Screamworks, LLC | Case number *(if known)* | |
|---|---|---|---|

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

---

**Part 7:** Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Screamworks, LLC | Case number *(if known)* | |

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| David Gregory<br>40834 Graydon Manor Lane<br>Leesburg, VA 20175 | David Gregory<br>40834 Graydon Manor Lane<br>Leesburg, VA 20175 | Mr. Gregory is holding the majority of the debtor's inventory, against the express wishes of the debtor. The debtor intends to make a demand for turnover of all assets being held. | ☐ No<br>☒ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor    Screamworks, LLC _____    Case number *(if known)* _____

☒ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|
| | | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    Sikich LLP
333 John Carlyle Street
Suit 500
Alexandria, VA 22314 | 2022-2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are
unavailable, explain why |
|---|---|
| 26c.1.    Sikich LLP
333 John Carlyle Street
Suit 500
Alexandria, VA 22314 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the
inventory | Date of inventory | The dollar amount and basis (cost, market,
or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any
interest | % of interest, if
any |
|---|---|---|---|
| Jennifer Lassiter | 35340 Scotland Heights Road
Round Hill, VA 20141 | Member | 51% |

| Name | Address | Position and nature of any
interest | % of interest, if
any |
|---|---|---|---|
| Matthew Smith | 35340 Scotland Heights Road
Round Hill, VA 20141 | Member | 49% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

| Debtor | Screamworks, LLC | Case number *(if known)* | |

☒ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Matthew Smith<br>35340 Scotland Heights Road<br>Round Hill, VA 20141 | $43,120.00 | Each payroll, commencing November 18, 2022 (being $1,540.00 per payroll, with payroll being run each week) | Mr. Smith is an employee of the debtor |
| | **Relationship to debtor**<br>Member | | | |
| 30.2. | Matthew Smith<br>35340 Scotland Heights Road<br>Round Hill, VA 20141 | $30,000.00 | May 17, 2022 ($5,000.00); May 31, 2022 ($8,000.00); July 6, 2022 ($3,000.00); July 14, 2022 ($8,000.00); and August 18, 2022 ($6,000.00) | Member draws paid to Mr. Smith, prior to his becoming a payroll of the debtor, as compensation for his services |
| | **Relationship to debtor**<br>Member | | | |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    Screamworks, LLC                                          Case number *(if known)*

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      May 30, 2023

/s/   Jennifer Lassiter                                 Jennifer Lassiter
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Managing Member

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
### Eastern District of Virginia

In re   Screamworks, LLC

                                       Debtor(s)

Case No.                      

Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept and received a retainer of................................   $       15,000.00*

        The undersigned shall bill against the retainer at an hourly rate of....................................   $       450.00

        [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.      The source of the compensation paid to me was:

        ☒ Debtor      ☐ Other *(specify)*

3.      The source of compensation to be paid to me is:

        ☒ Debtor      ☐ Other *(specify)*

4.      ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
        a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
        b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
        c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
        d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
        e.  Other provisions as needed:
                All matters related to the debtor's bankruptcy (including any appellate work).

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:
           Matters external to the bankruptcy case.

*$4,078.00 of the retainer was earned and removed from trust pre-petition, in payment of pre-petition legal services and the filing fee for this case. The remaining retainer balance, as of filing, is $10,922.00

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| May 30, 2023 | /s/ Maurice Verstandig |
| *Date* | Maurice Verstandig  81556 |
| | *Signature of Attorney* |
| | |
| | The Belmont Firm |
| | *Name of Law Firm* |
| | 1050 Connecticut NW |
| | Suite 500 |
| | Washington, DC 20036 |
| | Fax: |

---

*For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $5,488</u>*
*(For all Cases Filed on or after 01/01/2021)*

## NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
## CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

| | |
|---|---|
| | |
| *Date* | |
| | *Signature of Attorney* |

```
Commonwealth of Virginia
1957 Westmoreland Street
Richmond, VA 23230


Crystal Mills
34640 Williams Gap Road
Round Hill, VA 20141


David Gregory
40834 Graydon Manor Lane
Leesburg, VA 20175


Geller Law Group, PLLC
4000 Legato Road Suite 1100
Fairfax, VA 22033


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Intuit, Inc.
2700 Coast Ave.
Mountain View, CA 94043


Jennifer Lassiter
35340 Scotland Heights Road
Round Hill, VA 20141


Kenneth Strader
664 Gateway Drive SE
Leesburg, VA 20175


Matthew Smith
35340 Scotland Heights Road
Round Hill, VA 20141


Nicholas V. Albu, Esq.
The Albu Firm PLLC
40834 Graydon Manor Lane
Leesburg, VA 20175


Ooma, Inc.
525 Almanor Avenue Suite 200
Sunnyvale, CA 94085


Pincher Creek Construction, LLC
801 Childrens Center Rd SW
Leesburg, VA 20175


Sikich LLP
333 John Carlyle Street Suit 500
Alexandria, VA 22314


Thirty Seven Media and Marketing Group
20915 Ashburn Road Suite 215
Ashburn, VA 20147
```

```
Verizon
Verizon Wireless Bankruptcy Administrati
500 Technology Drive Suite 550
Saint Charles, MO 63304


Virginia Employment Commission
P.O. Box 26441
Richmond, VA 23261
```