Gerard R. Vetter
Acting United States Trustee
For Region 4
Jack Frankel, Attorney, VSB # 15019
Alexandria, VA 22314
(703) 557-7229
Email: jack.i.frankel@usdoj.gov

# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

**In re:**

**Screamworks, LLC**                                           Case No.  23-10899-BFK

**Debtor.**                                                    Chapter 11

### Order to Debtor to File Monthly Financial Reports

This matter, the confirmation of the Debtor's Subchapter V Plan (Docket No. 34), came before the Court for hearing on Tuesday, November 21, 2023.

It appearing to the Court that on September 6, 2023, the Court entered a Consent Order Conditioning Rights of Debtor in Possession (Docket No. 50) that ordered the Debtor to, among other things, file monthly financial reports.

It further appearing to the Court that the Debtor has not filed monthly financial reports for the months of July, August, September, and October, 2023.

Now, for the reasons stated from the bench, it is hereby:

Ordered, that the Debtor shall file with the Court the monthly financial reports in the format required by the United States Trustee for the months of July, August, September, and October, 2023, by no later than **5:00 pm, Monday, November 27, 2023.**

Ordered, that if all these monthly financial reports are not filed by 5:00 pm, Monday, November 27, 2023, this case will be **converted to chapter 7 without further notice or hearing**.

Ordered that the Clerk shall serve a copy of the order on the parties listed below.

Nov 22 2023

/s/ Brian F Kenney
Brian F. Kenney
Bankruptcy Judge

Entered On Docket: Nov 22 2023

Gerard R. Vetter
Acting United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7229

Seen:

/s/ Maurice Belmont VerStandig (by permission, no original)
Maurice Belmont VerStandig, Esq.
9812 Falls Roads, #114-160
Potomac, MD 20854
Email: mac@mbvesq.com
*Counsel for Debtor*

Seen:

/s/ Christopher L. Rogan
Christopher L. Rogan, Esq.
50 Catoctin Circle, NE, Suite 300
Leesburg, VA 20176
Email: crogan@rmzlaw.com
*Counsel for Creditor David Gregory*

cc:

Angela L. Shortall, Esq.
111 S Calvert Street, Suite 1400
Baltimore, MD 21202
Email: ashortall@3cubed-as.com
*Subchapter V Trustee*

Jennifer Lassiter
35340 Scotland Heights Rd.
Round Hill, VA 20141
*Debtor Designee*

### Certificate of Service

I hereby certify that on the 21st day of November, I emailed a true copy of this order to Maurice Belmont Verstandig, Esq., Angela L. Shortall, Subchapter V Trustee, and Christopher L. Rogan, Esq., at their email addresses listed above.

_____
Jack Frankel