## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## (ALEXANDRIA DIVISION)

### Omnibus Substitution of Counsel and Notice of Appearance

Attorney Robert J. Sproul hereby withdraws his appearance as counsel of record for the County of Loudoun, Virginia in the bankruptcy cases listed on the attached Exhibit A as he has resigned from the County.

Attorney Belkys Escobar hereby enters their appearance as counsel of record for the County of Loudoun, Virginia in the bankruptcy cases listed on the attached Exhibit A and requests that they be placed upon the mailing list of those creditors, parties in interest, and counsel who receive all notices in these proceedings.

Dated: March 29, 2024

By: /s/ Robert J. Sproul
Robert J. Sproul (VSB No. 92536)

AND

By: _Belkys de Escobar_
_____ (VSB No. 74866)
Deputy County Attorney
One Harrison Street, S.E., 5th Floor *(Deliveries only)*
P.O. Box 7000 *(U.S. mail only)*
Leesburg, Virginia 20177-7000
Telephone: (703) 777-0307
Facsimile: (703) 771-5025
Belkys.Escobar@Loudoun.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Substitution of Counsel was served on March 29, 2024 through the Court's CM/ECF electronic filing system to the parties in the cases listed in the attached Exhibit A.

By: /s/ Robert J. Sproul
Robert J. Sproul (VSB No. 92536)

AND

By: *Belky de Escobar*

_____ (VSB No. 74866)
Deputy County Attorney
One Harrison Street, S.E., 5th Floor *(Deliveries only)*
P.O. Box 7000 *(U.S. mail only)*
Leesburg, Virginia 20177-7000
Telephone: (703) 777-0307
Facsimile: (703) 771-5025
Belkys.Escobar@Loudoun.gov

There were 2 matching persons.

There were 102 matching cases.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Sproul, Robert J (aty) (98 cases) | 20-11789-KHK | Keith Alan Bryan and Dorri Allyson Bryan | 13 | 07/31/20 | N/A | N/A |
| | 20-12482-KHK | Nelly Tam Connolly | 13 | 11/06/20 | N/A | N/A |
| | 21-11850-BFK | Jeanine M Cameron | 13 | 11/05/21 | N/A | N/A |
| | 21-11993-BFK | Vernon Milo Hardy | 13 | 12/07/21 | N/A | N/A |
| | 21-11994-BFK | Vicky Chansamone Thammavongsa | 13 | 12/07/21 | N/A | N/A |
| | 22-10058-KHK | Alfreda Jeanette Smith | 13 | 01/19/22 | N/A | N/A |
| | 22-10172-BFK | Mehrzad J Rahmat | 13 | 02/16/22 | N/A | N/A |
| | 22-10310-BFK | Northern Fire Protection, Inc. | 7 | 03/17/22 | N/A | N/A |
| | 22-10586-KHK | Arneaud Charles Wharwood | 13 | 05/10/22 | N/A | N/A |
| | 22-10801-BFK | Rodney Adachi | 13 | 06/22/22 | N/A | N/A |
| | 22-10816-BFK | Maruful Islam and Fatima Kaniz | 13 | 06/25/22 | N/A | N/A |
| | 22-10820-BFK | Sohail Naseer Channan | 13 | 06/27/22 | N/A | N/A |
| | 22-10839-KHK | Teresa Dahmer | 13 | 06/30/22 | N/A | N/A |
| | 22-10902-KHK | Kevin Moore | 13 | 07/13/22 | N/A | N/A |
| | 22-10978-BFK | Marian L Stiffler | 13 | 07/27/22 | N/A | N/A |
| | 22-10986-KHK | Robin L Berry-Crawford | 13 | 07/27/22 | N/A | N/A |
| | 22-11051-BFK | Cecilia A Ragland | 13 | 08/09/22 | N/A | N/A |
| | 22-11061-KHK | Uwemedimo Macaulay Utuk | 13 | 08/12/22 | N/A | N/A |
| | 22-11069-KHK | Quantosha Crawford Woodard | 13 | 08/15/22 | N/A | N/A |
| | 22-11098-KHK | Kelly J White and Amporn White | 13 | 08/23/22 | N/A | N/A |
| | 22-11154-KHK | Janice Lee Baet Ruano | 7 | 08/31/22 | N/A | N/A |

| Case | Debtor | Ch | Filed | | |
|---|---|---|---|---|---|
| 22-11165-BFK | Monique Sheri Tentell | | 09/03/22 | N / A | N / A |
| 22-11197-KHK | Grover Vladimir Capriles Almaraz | 13 | 09/09/22 | N / A | N / A |
| 22-11232-KHK | John S Branche and Natacha Branche | 13 | 09/15/22 | N / A | N / A |
| 22-11325-KHK | Clive William Dunston, III and Debra Faye Dunston | 13 | 10/02/22 | N / A | N / A |
| 22-11381-BFK | Barbara Gisell Echevarria Cerron | 13 | 10/16/22 | N / A | N / A |
| 22-11433-KHK | Paul W. Nyberg | 13 | 10/25/22 | N / A | N / A |
| 22-11443-BFK | Robert Daniel Nasser and Flor M. Nasser | 13 | 10/26/22 | N / A | N / A |
| 22-11445-KHK | Benjie R Haarberg | 13 | 10/26/22 | N / A | N / A |
| 22-11466-BFK | Daesung Ji | 7 | 10/28/22 | N / A | N / A |
| 22-11489-BFK | Chad Charles | 13 | 11/01/22 | N / A | N / A |
| 22-11491-KHK | James Todd O'Neill | 13 | 11/01/22 | N / A | N / A |
| 22-11501-KHK | Harold Edgar Campbell, III | 13 | 11/03/22 | N / A | N / A |
| 22-11591-BFK | Jennifer Lynn Koppenhaver-Benitez | 13 | 11/17/22 | N / A | N / A |
| 22-11665-KHK | Daniel W. McMillen | 13 | 12/04/22 | N / A | N / A |
| 22-11708-BFK | QuYahni Belle Denise | 13 | 12/13/22 | N / A | N / A |
| 23-10041-BFK | Christopher Gerald Moorhead | 13 | 01/10/23 | N / A | N / A |
| 23-10113-BFK | Ana Lissett Mann | 13 | 01/20/23 | N / A | N / A |
| 23-10140-KHK | Mary K Goode | 13 | 01/27/23 | N / A | N / A |
| 23-10209-BFK | Laurence Edward Fletcher | 13 | 02/09/23 | N / A | N / A |
| 23-10280-KHK | Dexter Kelvin Shelton | 13 | 02/23/23 | N / A | N / A |
| 23-10317-BFK | Shyra L Daniels | 13 | 03/02/23 | N / A | N / A |
| 23-10333-BFK | Douglas Francisco Mejia | 13 | 03/04/23 | N / A | N / A |
| 23-10853-KHK | Mohammad Nawaz Raja | 13 | 05/22/23 | N / A | N / A |
| 23-10890-BFK | Nestor David Gotay Umana | 13 | 05/29/23 | N / A | N / A |
| 23-10896-KHK | Abtin Vaziri | 13 | 05/30/23 | N / A | N / A |
| 23-10899-BFK | Screamworks, LLC | 7 | 05/30/23 | N / A | N / A |
| 23-10981-KHK | Anne Sunshine Roberts | 7 | 06/12/23 | N / A | N / A |
| 23-10997-KHK | Zaina Marie Brown | 13 | 06/15/23 | N / A | N / A |
| 23-11068-KHK | Trung H. Tran | 13 | 06/29/23 | N / A | N / A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 23-11078-KHK | Patrick Danyell Miller | | 06/30/23 | N/A | N/A |
| 23-11102-KHK | Benjamin Segarra Jr | 13 | 07/06/23 | N/A | N/A |
| 23-11177-BFK | Thuan Minh Tu | 13 | 07/22/23 | N/A | N/A |
| 23-11181-BFK | James R Monge | 7 | 07/24/23 | N/A | N/A |
| 23-11182-BFK | Mehboob Ul Imam | 7 | 07/24/23 | N/A | N/A |
| 23-11261-BFK | Valeria V. Gunkova | 11 | 08/03/23 | N/A | N/A |
| 23-11295-KHK | Marc Alexander Colburn | 13 | 08/15/23 | N/A | N/A |
| 23-11306-BFK | Brian Doyle and Christina M Doyle | 13 | 08/16/23 | N/A | N/A |
| 23-11332-BFK | Joshua Tovar | 13 | 08/22/23 | N/A | N/A |
| 23-11381-BFK | Mohamed H. El-Sharkawi | 13 | 08/29/23 | N/A | N/A |
| 23-11461-BFK | Kari Anne Kibler | 13 | 09/11/23 | N/A | N/A |
| 23-11570-BFK | Jack Linton Griffin | 13 | 09/29/23 | N/A | N/A |
| 23-11576-KHK | Craig D. Owens, Jr | 13 | 09/29/23 | N/A | N/A |
| 23-11586-KHK | William J. Bounds, Jr. | 7 | 10/02/23 | N/A | N/A |
| 23-11588-BFK | Saira I. Athie | 13 | 10/02/23 | N/A | N/A |
| 23-11672-BFK | Logan Thomas White and Christina Ellen White | 13 | 10/16/23 | N/A | N/A |
| 23-11679-KHK | Michael Mendoza Barredo | 13 | 10/16/23 | N/A | N/A |
| 23-11699-KHK | Andrew Scott Corbman | 7 | 10/19/23 | N/A | N/A |
| 23-11705-KHK | Jose Osmin Figueroa Orellana and Yanira Roxana Calzadilla Castro | 7 | 10/20/23 | N/A | N/A |
| 23-11709-KHK | Pedro Emilio Novoa Estrada | 13 | 10/21/23 | N/A | N/A |
| 23-11731-KHK | Matthew Michael Smith and Jennifer Marcilla Lassiter | 13 | 10/24/23 | N/A | N/A |
| 23-11805-BFK | Mohammad Ijaz Malik | 13 | 11/03/23 | N/A | N/A |
| 23-11838-KHK | Calvin Edmond Williams | 13 | 11/09/23 | N/A | N/A |
| 23-11876-BFK | Kamal Mostofa | 13 | 11/16/23 | N/A | N/A |
| 23-11929-KHK | Kianoosh Jafari | 13 | 11/25/23 | N/A | N/A |
| 23-11933-KHK | Imran Hussain | 7 | 11/27/23 | N/A | N/A |
| 23-11942-KHK | Joe Lewis Washington | 7 | 11/28/23 | N/A | N/A |
| 23-11976-KHK | Avitecture, Inc. | 7 | 12/05/23 | N/A | N/A |
| 23-11983-KHK | 25350 Pleasant Valley LLC | 11 | 12/06/23 | N/A | N/A |
| 23-11992-BFK | Claudia Lynn Davis | 13 | 12/07/23 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 23-12024-BFK | Mitra M Shafii | | 12/11/23 | N/A | N/A |
| | 23-12082-KHK | Nahel Mankash | 7 | 12/20/23 | N/A | N/A |
| | 23-12098-BFK | Babawale Solomon Olupitan | 7 | 12/22/23 | N/A | N/A |
| | 24-10010-KHK | Hassan Niakan | 11 | 01/04/24 | N/A | N/A |
| | 24-10026-KHK | Maria Mae Roberts | 13 | 01/08/24 | N/A | N/A |
| | 24-10031-BFK | Tiffany Nichole Talford | 13 | 01/09/24 | N/A | N/A |
| | 24-10132-BFK | LaTahn Murray | 7 | 01/26/24 | N/A | N/A |
| | 24-10137-BFK | Rosa Laura Aldas and Byron Rodrigo Aldas | 13 | 01/27/24 | N/A | N/A |
| | 24-10145-KHK | Rupinder Singh | 13 | 01/29/24 | N/A | N/A |
| | 24-10183-KHK | Elhadj Nouhou Barry | 13 | 02/01/24 | N/A | N/A |
| | 24-10203-KHK | Assane Racine Sy | 7 | 02/06/24 | N/A | N/A |
| | 24-10232-KHK | Edward Bart Rogers | 13 | 02/13/24 | N/A | N/A |
| | 24-10252-BFK | George K Tassiopoulos and Gregoira E Arias | 13 | 02/15/24 | N/A | N/A |
| | 24-10253-KHK | Elissa Nichole Mccarroll | 13 | 02/15/24 | N/A | N/A |
| | 24-10254-BFK | Jack Linton Griffin | 13 | 02/15/24 | N/A | N/A |
| | 24-10256-BFK | Melissa D Ebili | 7 | 02/15/24 | N/A | N/A |
| | 24-10312-BFK | Luke Frederick Denton and Amy Glen Denton | 7 | 02/22/24 | N/A | N/A |
| | 24-10323-BFK | Ricardo M Gamarra | 13 | 02/22/24 | N/A | N/A |
| Sproul, Robert Jollette (aty) (4 cases) | 22-11501-KHK | Harold Edgar Campbell, III | 13 | 11/03/22 | N/A | N/A |
| | 22-11708-BFK | QuYahni Belle Denise | 13 | 12/13/22 | N/A | N/A |
| | 23-10209-BFK | Laurence Edward Fletcher | 13 | 02/09/23 | N/A | N/A |
| | 23-10317-BFK | Shyra L Daniels | 13 | 03/02/23 | N/A | N/A |