**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria DIVISION**

In re: SCREAMWORKS, LLC § Case No. 23-10899
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on 05/30/2023. The case was converted to one under Chapter 7 on 12/11/2023. The undersigned trustee was appointed on 12/11/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $      68,458.55

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 9,546.37 |
| Bank service fees | 501.98 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]       $ | 58,410.20 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/19/2024 and the deadline for filing governmental claims was 06/08/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,672.93. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,672.93, for a total compensation of $6,672.93[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $57.18 for total expenses of $57.18[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/22/2024    By: /s/ Kevin R. McCarthy
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 23-10899 | Trustee Name: | (730101) Kevin R. McCarthy |
|---|---|---|---|
| Case Name: | SCREAMWORKS, LLC | Date Filed (f) or Converted (c): | 12/11/2023 (c) |
| | | § 341(a) Meeting Date: | 01/17/2024 |
| For Period Ending: | 07/22/2024 | Claims Bar Date: | 04/19/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Bank of Charles Town, xxxxxx7179 | 89,814.28 | 0.00 | | 0.00 | FA |
| 2 | Other inventory or supplies: GEP Vortex Tunnel 20', Net Book Value: $0.00 | 14,150.00 | 0.00 | | 0.00 | FA |
| 3 | Other inventory or supplies: Gore Galore Giant Chainsaw, Net Book Value: $0.00 | 5,160.00 | 0.00 | | 0.00 | FA |
| 4 | Other inventory or supplies: Poison Prop Autopsy Table, Net Book Value: $0.00 | 1,987.99 | 0.00 | | 0.00 | FA |
| 5 | Other inventory or supplies: Poison Prop Ceiling Hanger, Net Book Value: $0.00 | 2,563.99 | 0.00 | | 0.00 | FA |
| 6 | Other inventory or supplies: Nevermore Doll Character Lifesize, Net Book Value: $0.00 | 1,200.00 | 0.00 | | 0.00 | FA |
| 7 | Other inventory or supplies: Creepy Collection Mad Dr Lifesize, Net Book Value: $0.00 | 849.99 | 0.00 | | 0.00 | FA |
| 8 | Other inventory or supplies: Creepy Collection Clown Lifesize, Net Book Value: $0.00 | 849.99 | 0.00 | | 0.00 | FA |
| 9 | Other inventory or supplies: Creepy Collection 5 Clown Heads, Net Book Value: $0.00 | 549.99 | 0.00 | | 0.00 | FA |
| 10 | Other inventory or supplies: Creepy Collection 5 Severed Heads, Net Book Value: $0.00 | 549.99 | 0.00 | | 0.00 | FA |
| 11 | Other inventory or supplies: Hanging Skull Head, Net Book Value: $0.00 | 50.00 | 0.00 | | 0.00 | FA |
| 12 | Other inventory or supplies: Creepy Collection Smiley lifesize, Net Book Value: $0.00 | 899.99 | 0.00 | | 0.00 | FA |
| 13 | Other inventory or supplies: Creepy collection Apocalyptic Killer1 Lifesize, Net Book Value: $0.00 | 899.99 | 0.00 | | 0.00 | FA |
| 14 | Other inventory or supplies: Creepy Collection Apocalyptic Killer2 Lifesize, Net Book Value: $0.00 | 899.99 | 0.00 | | 0.00 | FA |
| 15 | Other inventory or supplies: Creepy Collection Red Dead Half Body, Net Book Value: $0.00 | 499.99 | 0.00 | | 0.00 | FA |
| 16 | Other inventory or supplies: Creepy Collection Dead Doll, Net Book Value: $0.00 | 849.99 | 0.00 | | 0.00 | FA |
| 17 | Other inventory or supplies: Creepy Collection Pig Mutant Lifesize, Net Book Value: $0.00 | 849.99 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

Case No.: 23-10899
Case Name: SCREAMWORKS, LLC
For Period Ending: 07/22/2024

Trustee Name: (730101) Kevin R. McCarthy
Date Filed (f) or Converted (c): 12/11/2023 (c)
§ 341(a) Meeting Date: 01/17/2024
Claims Bar Date: 04/19/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | Other inventory or supplies: Creepy Collection Plague Dr, Net Book Value: $0.00 | 849.99 | 0.00 | | 0.00 | FA |
| 19 | Other inventory or supplies: Creepy Collection Emogi, Net Book Value: $0.00 | 849.99 | 0.00 | | 0.00 | FA |
| 20 | Other inventory or supplies: Creepy Collection Turned Head, Net Book Value: $0.00 | 849.99 | 0.00 | | 0.00 | FA |
| 21 | Other inventory or supplies: Dapper Cadaver Legs, Net Book Value: $0.00 | 1,675.00 | 0.00 | | 0.00 | FA |
| 22 | Other inventory or supplies: Blank Foam Bodies (13 such items), Net Book Value: $0.00 | 2,729.35 | 0.00 | | 0.00 | FA |
| 23 | Other inventory or supplies: 12 Foot Skeletons (two such items), Net Book Value: $0.00 | 600.00 | 0.00 | | 0.00 | FA |
| 24 | Other inventory or supplies: Drop Boxes, Net Book Value: $0.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 25 | Other inventory or supplies: Slide Windows, Net Book Value: $0.00 | 220.00 | 0.00 | | 0.00 | FA |
| 26 | Other inventory or supplies: Elevator, Net Book Value: $0.00 | 2,994.35 | 0.00 | | 0.00 | FA |
| 27 | Other inventory or supplies: Chainsaws (four such items), Net Book Value: $0.00 | 876.00 | 0.00 | | 0.00 | FA |
| 28 | Other inventory or supplies: Pop Crackers (two such items), Net Book Value: $0.00 | 429.94 | 0.00 | | 0.00 | FA |
| 29 | Other inventory or supplies: Flashplate, Net Book Value: $0.00 | 269.97 | 0.00 | | 0.00 | FA |
| 30 | Other inventory or supplies: Laser Swamp, Net Book Value: $0.00 | 879.99 | 0.00 | | 0.00 | FA |
| 31 | Other inventory or supplies: Haze Machine, Net Book Value: $0.00 | 469.00 | 0.00 | | 0.00 | FA |
| 32 | Other inventory or supplies: Squish Floor, Net Book Value: $0.00 | 527.99 | 0.00 | | 0.00 | FA |
| 33 | Other inventory or supplies: Sliding Floor, Net Book Value: $0.00 | 1,200.00 | 0.00 | | 0.00 | FA |
| 34 | Other inventory or supplies: Black and White Maze, Net Book Value: $0.00 | 1,185.00 | 0.00 | | 0.00 | FA |
| 35 | Other inventory or supplies: Fog Geyser, Net Book Value: $0.00 | 700.00 | 0.00 | | 0.00 | FA |
| 36 | Other inventory or supplies: Fog Geyser, Net Book Value: $0.00 | 2,899.99 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 3

| Case No.: | 23-10899 | Trustee Name: | (730101) Kevin R. McCarthy |
|---|---|---|---|
| Case Name: | SCREAMWORKS, LLC | Date Filed (f) or Converted (c): | 12/11/2023 (c) |
| | | § 341(a) Meeting Date: | 01/17/2024 |
| For Period Ending: | 07/22/2024 | Claims Bar Date: | 04/19/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 37 | Other inventory or supplies: Color Laser, Net Book Value: $0.00 | 44.20 | 0.00 | | 0.00 | FA |
| 38 | Other inventory or supplies: Shock Mats, Net Book Value: $0.00 | 116.50 | 0.00 | | 0.00 | FA |
| 39 | Other inventory or supplies: Creature Crate, Net Book Value: $0.00 | 1,039.98 | 0.00 | | 0.00 | FA |
| 40 | Other inventory or supplies: Pot Rack, Net Book Value: $0.00 | 324.97 | 0.00 | | 0.00 | FA |
| 41 | Other inventory or supplies: Jumping Barrel, Net Book Value: $0.00 | 330.24 | 0.00 | | 0.00 | FA |
| 42 | Other inventory or supplies: Pop Blasters (five such items), Net Book Value: $0.00 | 3,239.76 | 0.00 | | 0.00 | FA |
| 43 | Other inventory or supplies: Video Scare Door and Television, Net Book Value: $0.00 | 900.00 | 0.00 | | 0.00 | FA |
| 44 | Other inventory or supplies: Video Scare Camera and Television, Net Book Value: $0.00 | 400.00 | 0.00 | | 0.00 | FA |
| 45 | Other inventory or supplies: Spark Fence, Net Book Value: $0.00 | 196.15 | 0.00 | | 0.00 | FA |
| 46 | Other inventory or supplies: Door Bangers (two such items), Net Book Value: $0.00 | 649.98 | 0.00 | | 0.00 | FA |
| 47 | Other inventory or supplies: Video Repeater, Net Book Value: $0.00 | 115.52 | 0.00 | | 0.00 | FA |
| 48 | Other inventory or supplies: Wooden Table (six such items), Net Book Value: $0.00 | 360.00 | 0.00 | | 0.00 | FA |
| 49 | Other inventory or supplies: Bunk Beds (five such items), Net Book Value: $0.00 | 750.00 | 0.00 | | 0.00 | FA |
| 50 | Other inventory or supplies: Steel 55 Gallon Barrels (58 such items), Net Book Value: $0.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 51 | Other inventory or supplies: Sets (138 such items), Net Book Value: $0.00 | 6,900.00 | 0.00 | | 0.00 | FA |
| 52 | Other inventory or supplies: Plexi Window, Net Book Value: $0.00 | 90.00 | 0.00 | | 0.00 | FA |
| 53 | Other inventory or supplies: Dolls (ten such items), Net Book Value: $0.00 | 50.00 | 0.00 | | 0.00 | FA |
| 54 | Other inventory or supplies: Curtains (five such items), Net Book Value: $0.00 | 280.85 | 0.00 | | 0.00 | FA |
| 55 | Other inventory or supplies: Netting (five sets), Net Book Value: $0.00 | 352.45 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 4

| Case No.: | 23-10899 | Trustee Name: | (730101) Kevin R. McCarthy |
| Case Name: | SCREAMWORKS, LLC | Date Filed (f) or Converted (c): | 12/11/2023 (c) |
| | | § 341(a) Meeting Date: | 01/17/2024 |
| For Period Ending: | 07/22/2024 | Claims Bar Date: | 04/19/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 56 | Other inventory or supplies: Erosion Cloth (two such items), Net Book Value: $0.00 | 279.98 | 0.00 | | 0.00 | FA |
| 57 | Other inventory or supplies: Freezer Handles (12 such items), Net Book Value: $0.00 | 285.00 | 0.00 | | 0.00 | FA |
| 58 | Other inventory or supplies: Bungee Cords (16 such items), Net Book Value: $0.00 | 95.88 | 0.00 | | 0.00 | FA |
| 59 | Other inventory or supplies: Exit Stickers (23 such items), Net Book Value: $0.00 | 176.45 | 0.00 | | 0.00 | FA |
| 60 | Other inventory or supplies: Foam Noodles (50 such items), Net Book Value: $0.00 | 184.43 | 0.00 | | 0.00 | FA |
| 61 | Other inventory or supplies: Fear Flaps (16 such items), Net Book Value: $0.00 | 439.99 | 0.00 | | 0.00 | FA |
| 62 | Other inventory or supplies: Chain Link (four such items), Net Book Value: $0.00 | 436.00 | 0.00 | | 0.00 | FA |
| 63 | Other inventory or supplies: Locks (30 such items), Net Book Value: $0.00 | 227.80 | 0.00 | | 0.00 | FA |
| 64 | Other inventory or supplies: Haunt Curtains (four such items), Net Book Value: $0.00 | 800.00 | 0.00 | | 0.00 | FA |
| 65 | Other inventory or supplies: Hanging Barbed Wire (five such items), Net Book Value: $0.00 | 25.00 | 0.00 | | 0.00 | FA |
| 66 | Other inventory or supplies: Morgue Doors (12 such items), Net Book Value: $0.00 | 285.00 | 0.00 | | 0.00 | FA |
| 67 | Other inventory or supplies: Shower Curtains and Rods (two such items), Net Book Value: $0.00 | 46.00 | 0.00 | | 0.00 | FA |
| 68 | Other inventory or supplies: Wool Blankets (four such items)., Net Book Value: $0.00 | 99.60 | 0.00 | | 0.00 | FA |
| 69 | Other inventory or supplies: Haunt Pin Light System (100 such items), Net Book Value: $0.00 | 2,595.34 | 0.00 | | 0.00 | FA |
| 70 | Other inventory or supplies: Strobe Lighting, Net Book Value: $0.00 | 419.65 | 0.00 | | 0.00 | FA |
| 71 | Other inventory or supplies: Big Strobe Lights (four such items), Net Book Value: $0.00 | 139.80 | 0.00 | | 0.00 | FA |
| 72 | Other inventory or supplies: Siren Light (two such items), Net Book Value: $0.00 | 44.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 5

Case No.: 23-10899
Case Name: SCREAMWORKS, LLC
For Period Ending: 07/22/2024

Trustee Name: (730101) Kevin R. McCarthy
Date Filed (f) or Converted (c): 12/11/2023 (c)
§ 341(a) Meeting Date: 01/17/2024
Claims Bar Date: 04/19/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 73 | Other inventory or supplies: Black Lights (three such items), Net Book Value: $0.00 | 464.94 | 0.00 | | 0.00 | FA |
| 74 | Other inventory or supplies: Cone Lights (four such items), Net Book Value: $0.00 | 317.95 | 0.00 | | 0.00 | FA |
| 75 | Other inventory or supplies: Party Lights (eight such items), Net Book Value: $0.00 | 183.37 | 0.00 | | 0.00 | FA |
| 76 | Other inventory or supplies: 24 Port Poe Switch (two such items), Net Book Value: $0.00 | 400.00 | 0.00 | | 0.00 | FA |
| 77 | Other inventory or supplies: Dell Laptop Sound Control, Net Book Value: $0.00 | 300.00 | 0.00 | | 0.00 | FA |
| 78 | Other inventory or supplies: Speakers 10" (23 such items), Net Book Value: $0.00 | 4,056.00 | 0.00 | | 0.00 | FA |
| 79 | Other inventory or supplies: 18" Bass Sub, Net Book Value: $0.00 | 740.94 | 0.00 | | 0.00 | FA |
| 80 | Other inventory or supplies: Converters (24 such items), Net Book Value: $0.00 | 4,213.00 | 0.00 | | 0.00 | FA |
| 81 | Other inventory or supplies: Power Strip, Net Book Value: $0.00 | 20.00 | 0.00 | | 0.00 | FA |
| 82 | Other inventory or supplies: Speaker Mount (24 such items), Net Book Value: $0.00 | 623.75 | 0.00 | | 0.00 | FA |
| 83 | Other inventory or supplies: Sound Bar, Net Book Value: $0.00 | 239.89 | 0.00 | | 0.00 | FA |
| 84 | Other inventory or supplies: Handheld Radios (20 such items), Net Book Value: $0.00 | 186.99 | 0.00 | | 0.00 | FA |
| 85 | Other inventory or supplies: Foam Carver, Net Book Value: $0.00 | 250.73 | 0.00 | | 0.00 | FA |
| 86 | Other inventory or supplies: Blower Fans (two such items), Net Book Value: $0.00 | 228.94 | 0.00 | | 0.00 | FA |
| 87 | Other inventory or supplies: Phone Cases (two such items), Net Book Value: $0.00 | 29.66 | 0.00 | | 0.00 | FA |
| 88 | Other inventory or supplies: Welder, Net Book Value: $0.00 | 109.12 | 0.00 | | 0.00 | FA |
| 89 | Other inventory or supplies: Jack, Net Book Value: $0.00 | 254.40 | 0.00 | | 0.00 | FA |
| 90 | Other inventory or supplies: Lorex DVR 32, Net Book Value: $0.00 | 5,819.37 | 0.00 | | 0.00 | FA |
| 91 | Other inventory or supplies: Lorex DVR 8 (two such items), Net Book Value: $0.00 | 2,800.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 6

| Case No.: | 23-10899 | | Trustee Name: | (730101) Kevin R. McCarthy |
|---|---|---|---|---|
| Case Name: | SCREAMWORKS, LLC | | Date Filed (f) or Converted (c): | 12/11/2023 (c) |
| | | | § 341(a) Meeting Date: | 01/17/2024 |
| For Period Ending: | 07/22/2024 | | Claims Bar Date: | 04/19/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 92 | Other inventory or supplies: 55" TV Monitor (three such items), Net Book Value: $0.00 | 750.00 | 0.00 | | 0.00 | FA |
| 93 | Other inventory or supplies: Outdoor Cat 5 Cable, Net Book Value: $0.00 | 5,931.41 | 0.00 | | 0.00 | FA |
| 94 | Other inventory or supplies: 8 Port Switch, Net Book Value: $0.00 | 30.00 | 0.00 | | 0.00 | FA |
| 95 | Other inventory or supplies: Power Strip (two such items), Net Book Value: $0.00 | 20.00 | 0.00 | | 0.00 | FA |
| 96 | Other inventory or supplies: Actor Spot Cameras (14 such items), Net Book Value: $0.00 | 951.86 | 0.00 | | 0.00 | FA |
| 97 | Other inventory or supplies: Electro Magnets (19 such items), Net Book Value: $0.00 | 332.50 | 0.00 | | 0.00 | FA |
| 98 | Other inventory or supplies: 80 Gallon Air Compressor (two such items), Net Book Value: $0.00 | 3,600.00 | 0.00 | | 0.00 | FA |
| 99 | Other inventory or supplies: 100 ft. Hose (several such items), Net Book Value: $0.00 | 1,697.70 | 0.00 | | 0.00 | FA |
| 100 | Other inventory or supplies: Air Driers (35 such items), Net Book Value: $0.00 | 559.65 | 0.00 | | 0.00 | FA |
| 101 | Other inventory or supplies: Timing Control (two such items), Net Book Value: $0.00 | 1,200.00 | 0.00 | | 0.00 | FA |
| 102 | Other inventory or supplies: Exit Signs (16 such items), Net Book Value: $0.00 | 302.00 | 0.00 | | 0.00 | FA |
| 103 | Other inventory or supplies: Exit Lighting, Net Book Value: $0.00 | 1,335.60 | 0.00 | | 0.00 | FA |
| 104 | Other inventory or supplies: Some Detectors (34 such items), Net Book Value: $0.00 | 314.84 | 0.00 | | 0.00 | FA |
| 105 | Other inventory or supplies: Fire Extinguishers (12 such items), Net Book Value: $0.00 | 960.00 | 0.00 | | 0.00 | FA |
| 106 | Other inventory or supplies: Emergency White Light System, Net Book Value: $0.00 | 4,841.97 | 0.00 | | 0.00 | FA |
| 107 | Other inventory or supplies: Picnic Tables (ten such items), Net Book Value: $0.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 108 | Other inventory or supplies: Six Foot Folding Tables (10 such items), Net Book Value: $0.00 | 540.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 7

| Case No.: | 23-10899 | Trustee Name: | (730101) Kevin R. McCarthy |
| --- | --- | --- | --- |
| Case Name: | SCREAMWORKS, LLC | Date Filed (f) or Converted (c): | 12/11/2023 (c) |
| | | § 341(a) Meeting Date: | 01/17/2024 |
| For Period Ending: | 07/22/2024 | Claims Bar Date: | 04/19/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 109 | Other inventory or supplies: Tents (two such items), Net Book Value: $0.00 | 253.98 | 0.00 | | 0.00 | FA |
| 110 | Other inventory or supplies: POE Square Systems (six such items), Net Book Value: $0.00 | 4,800.00 | 0.00 | | 0.00 | FA |
| 111 | Other inventory or supplies: iPad, Net Book Value: $0.00 | 429.00 | 0.00 | | 0.00 | FA |
| 112 | Other inventory or supplies: Silt Fence, Net Book Value: $0.00 | 1,520.58 | 0.00 | | 0.00 | FA |
| 113 | Other inventory or supplies: Parking Vests (10 such items), Net Book Value: $0.00 | 26.48 | 0.00 | | 0.00 | FA |
| 114 | Other inventory or supplies: Promotional Merchandise, Net Book Value: $0.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 115 | Other inventory or supplies: Cammoflage Poncho, Net Book Value: $0.00 | 19.99 | 0.00 | | 0.00 | FA |
| 116 | Other inventory or supplies: Clown Blaster, Net Book Value: $0.00 | 199.99 | 0.00 | | 0.00 | FA |
| 117 | Other inventory or supplies: Air Makeup Guns (eight such items), Net Book Value: $0.00 | 1,100.00 | 0.00 | | 0.00 | FA |
| 118 | Other inventory or supplies: Gun Holders (three such items), Net Book Value: $0.00 | 82.68 | 0.00 | | 0.00 | FA |
| 119 | DIP funds from Axos Bank (u) | 0.00 | 0.00 | | 55,170.08 | FA |
| 120 | Chapter 11 attorney trust account funds (u) | 0.00 | 0.00 | | 10,922.00 | FA |
| 121 | Avoidance claim against Geller Law Group (u)<br>Section 549 claim. | 2,366.47 | 2,366.47 | | 2,366.47 | FA |
| 121 | **Assets Totals (Excluding unknown values)** | **$225,958.98** | **$2,366.47** | | **$68,458.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

| Initial Projected Date Of Final Report (TFR): | 12/31/2024 | Current Projected Date Of Final Report (TFR): | 12/31/2024 |
| --- | --- | --- | --- |

| 07/22/2024 | /s/Kevin R. McCarthy |
| --- | --- |
| Date | Kevin R. McCarthy |

**UST Form 101-7-TFR (5/1/2011)**

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 23-10899 | Trustee Name: | Kevin R. McCarthy (730101) |
|---|---|---|---|
| Case Name: | SCREAMWORKS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7022 | Account #: | ******0899 Checking |
| For Period Ending: | 07/22/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/23/24 | {119} | Bankruptcy Estate | WIRE FROM SCREAMWORKS LLC | 1290-010 | 55,170.08 | | 55,170.08 |
| 01/23/24 | {120} | Bankruptcy Estate | Middletown Valle P2P PAYMNT 012224 | 1290-010 | 10,922.00 | | 66,092.08 |
| 01/23/24 | | Metropolitan Bank Wire Fee | Metropolitan Bank Wire Fee | 2600-000 | | 10.00 | 66,082.08 |
| 01/24/24 | | Metropolitan Bank Wire Fee Refund | Metropolitan Bank Wire Fee Refund | 2600-000 | | -10.00 | 66,092.08 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 28.16 | 66,063.92 |
| 02/22/24 | 101 | Angela L. Shortall | fees and expenses approved by court in D.E. 104 | | | 9,531.69 | 56,532.23 |
| | | | fees        $9,500.00 | 6101-000 | | | |
| | | | expenses        $31.69 | 6102-000 | | | |
| 02/22/24 | 102 | Insurance Partners Agency | Acct. No. 118508 | 2300-000 | | 14.68 | 56,517.55 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 102.07 | 56,415.48 |
| 03/22/24 | {121} | Geller Law Group | turnover of 549 claim amount | 1249-000 | 2,366.47 | | 58,781.95 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 87.66 | 58,694.29 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.06 | 58,594.23 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 96.77 | 58,497.46 |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 87.26 | 58,410.20 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 68,458.55 | 10,048.35 | $58,410.20 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 68,458.55 | 10,048.35 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $68,458.55 | $10,048.35 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** 23-10899 | | **Trustee Name:** | Kevin R. McCarthy (730101) |
| **Case Name:** SCREAMWORKS, LLC | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***7022 | | **Account #:** | ******0899 Checking |
| **For Period Ending:** 07/22/2024 | | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0899 Checking | $68,458.55 | $10,048.35 | $58,410.20 |
| | **$68,458.55** | **$10,048.35** | **$58,410.20** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

### Case: 23-10899 SCREAMWORKS, LLC

Claims Bar Date: 04/19/24

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Kevin R. McCarthy<br>8508 Rehoboth Ct<br>Vienna, VA 22182<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>04/29/24 | | $6,672.93<br>$6,672.93 | $0.00 | $6,672.93 |
| TE | Kevin R. McCarthy<br>8508 Rehoboth Ct<br>Vienna, VA 22182<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>07/22/24 | | $57.18<br>$57.18 | $0.00 | $57.18 |
| | MCCARTHY & WHITE, PLLC,<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>07/22/24 | | $4,200.00<br>$4,200.00 | $0.00 | $4,200.00 |
| | O'CONNOR, DESMARAIS, & BOLYARD, PLLC<br>6720 CURRAN STREET<br>MCLEAN, VA 22101<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>07/22/24 | | $2,500.00<br>$2,500.00 | $0.00 | $2,500.00 |
| 1 | David Gregory<br>Christoper L. Rogan<br>50 Catoctin Cir., NE, Suite 300<br>Leesburg, VA 20176<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>08/04/23 | | $374,208.17<br>$374,208.17 | $0.00 | $374,208.17 |

Claim was objected to by Debtor during Chapter 11 phase, but objection was not pursued by Debtor. Based on conversations with Debtor's attorney and creditor's attorney, Trustee will treat claim as allowed.

|  |  |  |  | **Case Total:** | **$0.00** | **$387,638.28** |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 23-10899
Case Name: SCREAMWORKS, LLC
Trustee Name: Kevin R. McCarthy

**Balance on hand:** $ 58,410.20

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 58,410.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kevin R. McCarthy | 6,672.93 | 0.00 | 6,672.93 |
| Trustee, Expenses - Kevin R. McCarthy | 57.18 | 0.00 | 57.18 |
| Attorney for Trustee Fees - MCCARTHY & WHITE, PLLC | 4,200.00 | 0.00 | 4,200.00 |
| Accountant for Trustee Fees (Other Firm) - O'CONNOR, DESMARAIS, & BOLYARD, PLLC | 2,500.00 | 0.00 | 2,500.00 |

Total to be paid for chapter 7 administrative expenses: $ 13,430.11
Remaining balance: $ 44,980.09

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 44,980.09

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 44,980.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $374,208.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | David Gregory | 374,208.17 | 0.00 | 44,980.09 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 44,980.09 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**