Kevin R. McCarthy, VSB No. 14273
McCarthy & White, PLLC
8508 Rehoboth Court
Vienna, VA 22182
703-770-9261
krm@mccarthywhite.com
Attorneys for the Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

************************************ *
In re:                               *
                                     *
 Screamworks, LLC,                   *    Case No. 23-10899-BFK
                                     *    (Chapter 7)
              Debtor(s)              *
************************************ *

FIRST AND FINAL APPLICATION FOR ACCOUNTANT'S FEES

O'Connor, Desmarais, & Bolyard, P.L.L.C., the accountant for the Trustee, makes application for first and final compensation in the amount of $2500 in fees, as more fully set forth in Exhibit A, which is attached hereto and made a part hereof.

The Court approved the retention of the Applicant as accountant for the Trustee on February 20, 2024 (D.E. 104). This is the Applicant's first and final fee application in this case. The primary work performed (and to be performed) is preparation of 2023 and 2024 federal and state (Virginia) income tax returns.

The Applicant states that it has not shared or agreed to share any compensation or reimbursement of expenses requested pursuant to §503(b)(2) or §503(b)(4) of the Bankruptcy Code in a manner contrary to the provisions of §504 of the Bankruptcy Code.

WHEREFORE, the Applicant requests the Court to enter an Order approving this Application for $2500 in fees for accounting services.

        Respectfully submitted,

        /s/ Kevin R. McCarthy
        Kevin R. McCarthy, VSB No. 14273
        McCarthy & White, PLLC
        8508 Rehoboth Court
        (703) 770-9261
        krm@mccarthywhite.com
        Attorneys for Trustee
        On Behalf of O'Connor, Desmarais, & Bolyard, P.L.L.C.

## CERTIFICATE OF SERVICE

    I hereby certify that on the _____ day of _____, 2024, I served a copy of the foregoing through the court's ECF system on all registered ECF participants who have appeared in this case.

        /s/ Kevin R. McCarthy
        Kevin R. McCarthy
        Attorney for the Trustee

**O'Connor, Desmarais, & Bolyard, PLLC**

Certified Public Accountants

**6720 Curran Street**
**McLean, VA  22101**

Phone:  (703) 448-0464    Fax:  (703) 734-6912

www.odb-cpa.com

Screamworks, LLC
c/o Kevin McCarthy
8508 Rehoboth Court
Vienna, VA  22182

*Invoice:*    31205
*Date:*    07/19/2024
*Due Date:*    08/18/2024

*Please return top portion with remittance.*    Amount Enclosed: $_____

For professional service rendered as follows:

Screamworks, LLC

| | |
|---|---:|
| Preparation of 2023 and 2024 federal and Virginia corporate income tax returns. | 2,500.00 |

| | |
|---:|---:|
| New Charges: | $2,500.00 |
| Plus Prior Balance: | $0.00 |
| Less Payment: | 0.00 |
| **New Balance:** | **$2,500.00** |

EXHIBIT A

Aged Balances

| 07/19/2024 | 06/30/2024 | 05/31/2024 | 04/30/2024 | 03/31/2024+ | Total |
|---:|---:|---:|---:|---:|---:|
| 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | $2,500.00 |

Service Charge of 1.5% per month applies after 30 days.