Kevin R. McCarthy, VSB No. 14273
McCarthy & White, PLLC
8508 Rehoboth Court
Vienna, VA 22182
703-770-9261
krm@mccarthywhite.com
Attorneys for the Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    \*
In re:                                                                    \*
                                                                                 \*
 Screamworks, LLC,                                              \*      Case No. 23-10899-BFK
                                                                                 \*      (Chapter 7)
                             Debtor(s)                              \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    \*

FIRST AND FINAL APPLICATION FOR ATTORNEY'S FEES

McCarthy & White, PLLC, the duly appointed attorney for the Chapter 7 Trustee, makes application for first and final compensation for legal services in this case. The Applicant seeks compensation in the amount of $4200 in fees, as more particularly set forth in Exhibit A, which is attached hereto and made a part hereof.

The Court authorized retention of the Applicant as attorney for the Trustee on February 8, 2024 (D.E. 98). This is the Applicant's first and final fee application. The hourly billing rate during the period covered by this Application for Kevin R. McCarthy, the Applicant's attorney who rendered legal services to the Trustee, was $475.00. This rate is well within the reasonable attorney's fees standards of the Laffey Matrix used by the U.S. Attorney's Office for the District of Columbia in fee-shifting cases. The earliest state bar admission date for Kevin R. McCarthy was 1978 (Virginia). The total hours billed are set forth at the end of the attached Exhibit A.

The Applicant's work in this case primarily related to two matters: 1) obtaining Court approval to retain an accountant for the preparation of income tax returns, and obtaining Court approval to compensate the accountant; and 2) investigating the avoidability of pre-petition and post-petition payments made to the Geller Law Group.

Tax returns were required because the Debtor is a limited liability company with two owners. As a result, the estate has to file its own income tax returns even though the Debtor is not a tax-paying entity.

Investigating the avoidability of payments made to the Geller Law Group was needed because it received approximately $40,000 in payments related to litigation against the Debtor and its two owners during the 90-day preference period and the post-petition period. Fortunately, the Geller Law Group cooperated fully with the Applicant's investigation. Taking all defenses into consideration, the Applicant concluded that only $2366.47 of these payments (the amount paid post-petition from the Debtor's funds) was avoidable. The Applicant prepared a demand letter to the Geller Law Group seeking return of that amount, and the Geller Law Group promptly paid it. This was an efficient resolution of a matter that, given the amount involved, at least bore a careful looking into.

On July 22, 2024, the Trustee had $58,410.20 on hand.

The Applicant certifies that it is not seeking fees for work that is the responsibility of the Trustee. The Applicant further states that it has not shared or agreed to share any such compensation or reimbursement of expenses requested pursuant to Section 503(b)(2) or Section 503(b)(4) of the Bankruptcy Code in a manner contrary to the provisions of Section 504 of the Bankruptcy Code.

Wherefore, the Applicant requests the Court to enter an Order approving this Application for $4200 in attorney's fees.

Respectfully submitted,

/s/ Kevin R. McCarthy
Kevin R. McCarthy, VSB No. 14273
McCarthy & White, PLLC
8508 Rehoboth Court
Vienna, VA 22182
(703) 770-9261
krm@mccarthywhite.com
Attorneys for Trustee

CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 2024, I served a copy of the foregoing through the court's ECF system on all registered ECF participants who have appeared in this case.

/s/ Kevin R. McCarthy
Kevin R. McCarthy
Attorney for the Trustee

**McCarthy & White, PLLC**
8508 Rehoboth Court
Vienna, VA 22182

July 22, 2024

**SCREAMWORKS, LLC**

Invoice Number: 4872
Invoice Period: 07-22-2022 - 07-22-2024

**RE: Attorney Time (5347-101)**

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-07-2024 | Kevin McCarthy | None | 1.25 | 475.00 | 593.75 |
| | prepare applications and proposed orders re retention of accountant and counsel and email to debtor's atty re records needed to analyze avoidability of payments to law firm | | | | |
| 02-08-2024 | Kevin McCarthy | None | 0.10 | 475.00 | 47.50 |
| | exchange emails with debtor's atty re documents requested wrt avoidability issues | | | | |
| 02-09-2024 | Kevin McCarthy | None | 1.00 | 475.00 | 475.00 |
| | review and analysis Geller Group payment records re 547 and 549 issues and exchange emails with debtor's atty re same | | | | |
| 02-12-2024 | Kevin McCarthy | None | 0.25 | 475.00 | 118.75 |
| | review and revise accountant retention application | | | | |
| 02-14-2024 | Kevin McCarthy | None | 0.10 | 475.00 | 47.50 |
| | follow up email to debtor's atty re preference investigation | | | | |
| 02-18-2024 | Kevin McCarthy | None | 0.10 | 475.00 | 47.50 |
| | review and complete accountant retention application | | | | |
| 02-19-2024 | Kevin McCarthy | None | 0.10 | 475.00 | 47.50 |
| | email to debtor's atty re documents needed for preference investigation | | | | |
| 02-21-2024 | Kevin McCarthy | None | 0.10 | 475.00 | 47.50 |
| | exchange emails with debtor's atty re 547 and 549 investigation | | | | |
| 02-23-2024 | Kevin McCarthy | None | 0.10 | 475.00 | 47.50 |
| | email to debtor's atty re 547 and 549 investigation | | | | |
| 02-26-2024 | Kevin McCarthy | None | 0.40 | 475.00 | 190.00 |
| | con debtor's atty re invoices needed to complete 547 and 549 investigation, email to Geller law firm re same, and review response | | | | |
| 03-14-2024 | Kevin McCarthy | None | 1.80 | 475.00 | 855.00 |
| | review and analysis 547 and 549 issues, including review of invoices and debtor's bank records re same, notes to file re same, and exchange emails with Geller law firm re same | | | | |
| 03-15-2024 | Kevin McCarthy | None | 2.00 | 475.00 | 950.00 |
| | complete review and analysis of 547 and 549 issues and prepare letter to Geller Law Group re same | | | | |

| Date | Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-19-2024 | Kevin McCarthy | None | 0.10 | 475.00 | 47.50 |
| | exchange emails with Geller Law Group's managing partner re 549 issue | | | | |
| 07-22-2024 | Kevin McCarthy | None | 1.50 | 475.00 | 712.50 |
| | prepare first and final attorney fee application and accountant fee application | | | | |
| | | **Total** | | | 4,227.50 |

**Task Summary**

| Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|
| Kevin McCarthy | | 8.90 | 475.00 | 4,227.50 |
| | **Total** | 8.90 | | 4,227.50 |

|  | **Total for this Invoice** | 4,227.50 |
|---|---|---|

SCREAMWORKS, LLC

July 22, 2024

**McCarthy & White, PLLC**
8508 Rehoboth Court
Vienna, VA 22182

**Invoice Number: 4872**
Invoice Period: 07-22-2022 - 07-22-2024

## REMITTANCE COPY

**RE: Attorney Time (5347-101)**

|  |  |
|---|---|
| **Fees** | 4,227.50 |
| **Total for this Invoice** | 4,227.50 |