**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria DIVISION**

| | | |
|---|---|---|
| In re: SCREAMWORKS, LLC | § § § § | Case No. 23-10899 |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Kevin R. McCarthy, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, U.S. Bankruptcy Court
200 S. Washington Street
Alexandria, VA 22314

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on September 17, 2024, in Courtroom I, U.S. Bankruptcy Court Courthouse, 200 S. Washington Street, Alexandria, VA 22314. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/09/2024                     By: /s/ Kevin R. McCarthy
                                                                        Trustee

Kevin R. McCarthy
8508 Rehoboth Ct
Vienna, VA 22182
(703) 770-9261
krm@mccarthywhite.com

SEE NEXT PAGE FOR ADDITIONAL INFORMATION.

**UST Form 101-7-NFR (10/1/2010)**

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THE FINAL REPORT AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE TRUSTEE WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE FINAL REPORT AS CONCEDED.**

**A HEARING TO CONSIDER THE RELIEF REQUESTED IN THE FINAL REPORT IS SCHEDULED FOR SEPTEMBER 17, 2024, AT 9:30 A.M. IN COURTROOM I OF THE U.S. BANKRUPTCY COURT, WHICH IS LOCATED AT 200 S. WASHINGTON STREET, ALEXANDRIA, VA 22314-5405.**

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not wish the court to grant the relief sought in the Final Report, or if you want the court to consider your views on the Final Report, then WITHIN 21 DAYS OF SERVICE OF THIS NOTICE, you or your attorney must do the following checked items:**

**X    File with the court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(G). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the Final Report as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. The address for the court is as follows:**

> **Clerk of the Court**
> **United States Bankruptcy Court**
> **200 South Washington Street**
> **Alexandria, Virginia  22314**

**X You must also attend the hearing on the Final Report scheduled to be held on September 17, 2024, at 9:30 a.m. in Courtroom I of the U.S. Bankruptcy Court, which is located at 200 S. Washington Street, Alexandria, VA 22314-5405.**

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Final Report and may enter an order granting that relief.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria DIVISION**

| | | |
|---|---|---|
| In re:SCREAMWORKS, LLC | § | Case No. 23-10899 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 68,458.55 |
| *and approved disbursements of:* | $ | 10,048.35 |
| *leaving a balance on hand of[1] :* | $ | 58,410.20 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 58,410.20 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Kevin R. McCarthy | 6,672.93 | 0.00 | 6,672.93 |
| Trustee, Expenses - Kevin R. McCarthy | 57.18 | 0.00 | 57.18 |
| Attorney for Trustee Fees - MCCARTHY & WHITE, PLLC | 4,200.00 | 0.00 | 4,200.00 |
| Accountant for Trustee Fees (Other Firm) - O'CONNOR, DESMARAIS, & BOLYARD, PLLC | 2,500.00 | 0.00 | 2,500.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ | 13,430.11 |
| Remaining balance: | $ | 44,980.09 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 44,980.09 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 44,980.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $374,208.17 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | David Gregory | 374,208.17 | 0.00 | 44,980.09 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 44,980.09 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| |
|---|
| None |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:   $          0.00
Remaining balance:                                             $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $          0.00
Remaining balance:                          $          0.00

Prepared By: /s/ Kevin R. McCarthy
Trustee

Kevin R. McCarthy
8508 Rehoboth Ct
Vienna, VA 22182
(703) 770-9261
krm@mccarthywhite.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**