# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE:<br><br>SCREAMWORKS, LLC | CASE NO: 23-10899-BFK<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 110 |

On 8/9/2024, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object ECF Docket Reference No. 110

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/9/2024

/s/ Kevin R. McCarthy
Kevin R. McCarthy  14273

McCarthy & White, PLLC
8508 Rehoboth Ct
Vienna, VA  22182
703 770 9262
krm@mccarthywhite.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE:<br><br>SCREAMWORKS, LLC | CASE NO: 23-10899-BFK<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 110 |

On 8/9/2024, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object ECF Docket Reference No. 110

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/9/2024

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct
Vienna, VA  22182

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-10899-BFK<br>EASTERN DISTRICT OF VIRGINIA<br>THU AUG 8 14-6-30 PST 2024 | (P)LOUDOUN COUNTY ATTORNEYS OFFICE<br>PO BOX 7000<br>LEESBURG VA 20177-7000 | OCONNOR DESMARAIS BOLYARD PLLC<br>6720 CURRAN STREET<br>MCLEAN VA 22101-3803 |
| PINCHER CREEK CONSTRUCTION LLC<br>CO ROGANMILLERZIMMERMAN PLLC<br>50 CATOCTIN CIR NE SUITE 300<br>LEESBURG VA 20176-3101 | DEBTOR<br><br>SCREAMWORKS LLC<br>35340 SCOTLAND HEIGHTS RD<br>ROUND HILL VA 20141-2204 | ~~EXCLUDE~~<br><br>~~(U)UNITED STATES TRUSTEE~~ |
| ~~EXCLUDE~~<br><br>~~UNITED STATES BANKRUPTCY COURT~~<br>~~200 SOUTH WASHINGTON STREET~~<br>~~ALEXANDRIA VA 22314-5405~~ | COMMONWEALTH OF VIRGINIA<br>1957 WESTMORELAND STREET<br>RICHMOND VA 23230-3225 | ~~EXCLUDE~~<br><br>~~(D)(P)LOUDOUN COUNTY ATTORNEYS OFFICE~~<br>~~PO BOX 7000~~<br>~~LEESBURG VA 20177-7000~~ |
| CRYSTAL MILLS<br>34640 WILLIAMS GAP ROAD<br>ROUND HILL VA 20141-2212 | DAVID GREGORY<br>40834 GRAYDON MANOR LANE<br>LEESBURG VA 20175-2502 | DAVID GREGORY<br>CHRISTOPER L ROGAN<br>50 CATOCTIN CIR NE SUITE 300<br>LEESBURG VA 20176-3101 |
| DAVID GREGORY<br>CO ROGANMILLERZIMMERMAN PLLC<br>50 CATOCTIN CIRCLE NE SUITE 300<br>LEESBURG VA 20176-3101 | GELLER LAW GROUP PLLC<br>4000 LEGATO ROAD SUITE 1100<br>FAIRFAX VA 22033-2893 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| ~~EXCLUDE~~<br><br>~~(D)INTERNAL REVENUE SERVICE~~<br>~~PO BOX 7346~~<br>~~PHILADELPHIA PA 19101-7346~~ | (P)INTUIT INC C O CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808-1674 | JENNIFER LASSITER<br>35340 SCOTLAND HEIGHTS ROAD<br>ROUND HILL VA 20141-2204 |
| KENNETH STRADER<br>664 GATEWAY DRIVE SE<br>LEESBURG VA 20175-4050 | MATTHEW SMITH<br>35340 SCOTLAND HEIGHTS ROAD<br>ROUND HILL VA 20141-2204 | NICHOLAS V ALBU ESQ<br>THE ALBU FIRM PLLC<br>40834 GRAYDON MANOR LANE<br>LEESBURG VA 20175-2502 |
| OOMA INC<br>525 ALMANOR AVENUE SUITE 200<br>SUNNYVALE CA 94085-3542 | PINCHER CREEK CONSTRUCTION LLC<br>801 CHILDRENS CENTER RD SW<br>LEESBURG VA 20175-2545 | PINCHER CREEK CONSTRUCTION LLC<br>CO ROGANMILLERZIMMERMAN PLLC<br>50 CATOCTIN CIRCLE NE SUITE 300<br>LEESBURG VA 20176-3101 |
| SIKICH LLP<br>333 JOHN CARLYLE STREET SUIT 500<br>ALEXANDRIA VA 22314-5745 | THIRTY SEVEN MEDIA AND MARKETING GROUP<br>20915 ASHBURN ROAD SUITE 215<br>ASHBURN VA 20147-5678 | US SECURITIES EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION<br>950 EAST PACES FERRY ROAD SUITE 900<br>ATLANTA GA 30326-1382 |

USPS FIRST CLASS MAILINGS RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
VERIZON                              VIRGINIA EMPLOYMENT COMMISSION    DAVID GREGORY
VERIZON WIRELESS BANKRUPTCY          PO BOX 26441                      CO ROGANMILLERZIMMERMAN  PLLC
ADMINISTRATI                         RICHMOND   VA 23261-6441          50 CATOCTIN CIR  NE  SUITE 300
500 TECHNOLOGY DRIVE SUITE 550                                         LEESUBRG  VA 20176-3101
SAINT CHARLES  MO 63304-2225


                                     EXCLUDE                           EXCLUDE
GERARD R VETTER                      (D)JENNIFER LASSITER              KEVIN R MCCARTHY
OFFICE OF THE US TRUSTEE  REGION 4   35340 SCOTLAND HEIGHTS RD         MCCARTHY  WHITE   PLLC
1725 DUKE STREET                     ROUND HILL  VA 20141-2204         8508 REHOBOTH CT
SUITE 650                                                              VIENNA  VA 22182-5061
ALEXANDRIA  VA 22314-3489



MAURICE BELMONT VERSTANDIG
THE VERSTANDIG LAW FIRM  LLC
9812 FALLS ROADS  114-160
POTOMAC  MD 20854-3976
```