UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re:: | ) | |
| | ) | |
| SCREAMWORKS, LLC | ) | Bankruptcy Case No. 23-10899 |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor | ) | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT BEFORE DISTRIBUTION, APPLICATIONS FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

UPON CONSIDERATION of the final report and account before distribution ("Final Report") filed by the Chapter 7 Trustee ("Trustee") for the above-captioned debtors, the Court having duly examined and considered all applications for compensation and reimbursement of expenses; it is hereby

ORDERED that the Final Report is APPROVED; and it is further

ORDERED that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. §§ 330(a), 503(b)(2) or 503(b)(4), as follows:

Kevin R. McCarthy, Va. Bar No. 14273
 McCarthy & White, PLLC
8508 Rehoboth Ct
Vienna, VA 22182
(703) 770-9261
Trustee

| **APPLICANTS** | **AMOUNT** |
|---|---|
| Kevin R. McCarthy, Trustee Compensation | Paid: $0.00 |
| | Proposed: $6,672.93 |
| Kevin R. McCarthy, Trustee Expenses | Paid: $0.00 |
| | Proposed: $57.18 |
| MCCARTHY & WHITE, PLLC, Attorney for Trustee Fees (Trustee Firm) | Paid: $0.00 |
| | Proposed: $4,200.00 |
| O'CONNOR, DESMARAIS, & BOLYARD, PLLC, Accountant for Trustee Fees (Other Firm) | Paid: $0.00 |
| | Proposed: $2,500.00 |

and it is further

ORDERED that the compensation of the Trustee may be increased to include commissions earned on interest accrued through the date of distribution; and it is further

ORDERED that the Clerk shall forward a copy of this order to the Trustee and the United States Trustee.

Dated: Sep 13 2024

/s/ Brian F Kenney
BRIAN F. KENNEY
United States Bankruptcy Judge

Entered On Docket: Sep 13 2024

WE ASK FOR THIS:

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct
Vienna, VA 22182
(703) 770-9261


By:   /s/ Kevin R. McCarthy
      Kevin R. McCarthy, Va. Bar No. 14273
      Chapter 7 Trustee

SEEN AND NO OBJECTION:

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street
Suite 650
Alexandria, Virginia 22314
(703) 557-7176


By:  /s/ Michael T. Freeman
     Michael T. Freeman


## Certificate of Mailing

The undersigned deputy clerk of the United States Bankruptcy Court for the Eastern District of Virginia hereby certifies that a copy of this Order was mailed this date to the parties set forth above.

Dated: 09/13/2024                    C. Louis
                                     Deputy Clerk


NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
09/13/2024