UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re:: | ) | |
| | ) | |
| SCREAMWORKS, LLC | ) | Bankruptcy Case No. 23-10899 |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor | ) | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT BEFORE
DISTRIBUTION, APPLICATIONS FOR COMPENSATION
<u>AND REIMBURSEMENT OF EXPENSES</u>**

UPON CONSIDERATION of the final report and account before distribution ("Final Report") filed by the Chapter 7 Trustee ("Trustee") for the above-captioned debtors, the Court having duly examined and considered all applications for compensation and reimbursement of expenses; it is hereby

ORDERED that the Final Report is APPROVED; and it is further

ORDERED that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. §§ 330(a), 503(b)(2) or 503(b)(4), as follows:

Kevin R. McCarthy, Va. Bar No. 14273
 McCarthy & White, PLLC
8508 Rehoboth Ct
Vienna, VA 22182
(703) 770-9261
Trustee

| **APPLICANTS** | **AMOUNT** |
|---|---|
| Kevin R. McCarthy, Trustee Compensation | Paid: $0.00 |
| | Proposed: $6,672.93 |
| Kevin R. McCarthy, Trustee Expenses | Paid: $0.00 |
| | Proposed: $57.18 |
| MCCARTHY & WHITE, PLLC, Attorney for Trustee Fees (Trustee Firm) | Paid: $0.00 |
| | Proposed: $4,200.00 |
| O'CONNOR, DESMARAIS, & BOLYARD, PLLC, Accountant for Trustee Fees (Other Firm) | Paid: $0.00 |
| | Proposed: $2,500.00 |

and it is further

ORDERED that the compensation of the Trustee may be increased to include commissions earned on interest accrued through the date of distribution; and it is further

ORDERED that the Clerk shall forward a copy of this order to the Trustee and the United States Trustee.

Dated: Sep 13 2024

/s/ Brian F Kenney
BRIAN F. KENNEY
United States Bankruptcy Judge

Entered On Docket: Sep 13 2024

WE ASK FOR THIS:

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct
Vienna, VA 22182
(703) 770-9261

By:    /s/ Kevin R. McCarthy
      Kevin R. McCarthy, Va. Bar No. 14273
      Chapter 7 Trustee

SEEN AND NO OBJECTION:

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street
Suite 650
Alexandria, Virginia 22314
(703) 557-7176


By:    /s/ Michael T. Freeman
       Michael T. Freeman




**Certificate of Mailing**

The undersigned deputy clerk of the United States Bankruptcy Court for the Eastern District of Virginia hereby certifies that a copy of this Order was mailed this date to the parties set forth above.

Dated: 09/13/2024                    C. Louis
                                     Deputy Clerk



NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
09/13/2024

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10899-BFK |
| Screamworks, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: ChristyLo | Page 1 of 2 |
| Date Rcvd: Sep 13, 2024 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 14 2024 00:11:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2024              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Belkys Escobar | on behalf of Creditor County of Loudoun belkys.escobar@loudoun.gov bankrupt@loudoun.gov;Nicole.Rodriguez@loudoun.gov;Ann.McCafferty@loudoun.gov |
| Christopher L. Rogan | on behalf of Plaintiff David Gregory crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Plaintiff Pincher Creek Construction LLC crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Creditor David Gregory crogan@rmzlawfirm.com |

| | | |
|---|---|---|
| District/off: 0422-9 | User: ChristyLo | Page 2 of 2 |
| Date Rcvd: Sep 13, 2024 | Form ID: pdford9 | Total Noticed: 1 |

Christopher L. Rogan
    on behalf of Creditor Pincher Creek Construction  LLC crogan@rmzlawfirm.com

Gerard R. Vetter
    ustpregion04.ax.ecf@usdoj.gov

Jack Frankel
    on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Kevin R. McCarthy
    on behalf of Trustee Kevin R. McCarthy krm@mccarthywhite.com  kmccarthy@premierremote.com;DC07@ecfcbis.com

Kevin R. McCarthy
    krm@mccarthywhite.com  kmccarthy@premierremote.com;DC07@ecfcbis.com

Maurice Belmont VerStandig
    on behalf of Defendant Screamworks  LLC mac@mbvesq.com,
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Debtor Screamworks  LLC mac@mbvesq.com,
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

United States Trustee
    USTPRegion04.NO.ECF@usdoj.gov  ustpregion04.ax.ecf@usdoj.gov;USTPRegion04.RH.ECF@usdoj.gov

TOTAL: 12