UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case |
| SCREAMWORKS, LLC | ) | No. 23-10899 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

REPORT OF ADDITIONAL FUNDS AVAILABLE FOR FURTHER DISTRIBUTION

The undersigned trustee reports as follows:

1. That the trustee herein has received a 2022 F-940 tax refund in the amount of $724.60.

2. That the trustee proposes a further distribution total of $724.60 to be paid as follows. The claimant, claim number, and amount of claim to be paid is listed on the attached proposed Claims Distribution.

The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge.

Date:  October 23, 2024                Respectfully submitted,

/s/ Kevin R. McCarthy
Kevin R. McCarthy, Bar No. 14273
McCarthy & White, PLLC
8508 Rehoboth Ct
Vienna, VA 22182
(703) 770-9261

Printed: 10/22/2024 2.48 PM   Page: 1

# Claims Distribution - Tue, 10-22-2024

### Trustee: Kevin R. McCarthy

| Case Number: | 23-10899 | Case Name: | SCREAMWORKS, LLC |
|---|---|---|---|
| Petition Date: | 05/30/2023 | Judge: | BRIAN F. KENNEY |

| Claim # | Claimant | Class | Priority | Allowed | Paid | Balance | Interest | Total Proposed | % | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | David Gregory | U | 610 | $374,208.17 | $44,980.09 | $329,228.08 | $0.00 | $724.60 | 12.21 % | $0.00 |
|  |  | Totals: |  | $374,208.17 | $44,980.09 | $329,228.08 | $0.00 | $724.60 |  |  |

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 23-10899 | Trustee Name: | Kevin R. McCarthy (730101) |
|---|---|---|---|
| Case Name: | SCREAMWORKS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7022 | Account #: | ******0899 Checking |
| For Period Ending: | 10/23/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/23/24 | {119} | Bankruptcy Estate | WIRE FROM SCREAMWORKS LLC | 1290-010 | 55,170.08 | | 55,170.08 |
| 01/23/24 | {120} | Bankruptcy Estate | Middletown Valle P2P PAYMNT 012224 | 1290-010 | 10,922.00 | | 66,092.08 |
| 01/23/24 | | Metropolitan Bank Wire Fee | Metropolitan Bank Wire Fee | 2600-000 | | 10.00 | 66,082.08 |
| 01/24/24 | | Metropolitan Bank Wire Fee Refund | Metropolitan Bank Wire Fee Refund | 2600-000 | | -10.00 | 66,092.08 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 28.16 | 66,063.92 |
| 02/22/24 | 101 | Angela L. Shortall | fees and expenses approved by court in D.E. 104 | | | 9,531.69 | 56,532.23 |
| | | | fees $9,500.00 | 6101-000 | | | |
| | | | expenses $31.69 | 6102-000 | | | |
| 02/22/24 | 102 | Insurance Partners Agency | Acct. No. 118508 | 2300-000 | | 14.68 | 56,517.55 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 102.07 | 56,415.48 |
| 03/22/24 | {121} | Geller Law Group | turnover of 549 claim amount | 1249-000 | 2,366.47 | | 58,781.95 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 87.66 | 58,694.29 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.06 | 58,594.23 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 96.77 | 58,497.46 |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 87.26 | 58,410.20 |
| 09/19/24 | 103 | Kevin R. McCarthy | Combined trustee compensation & expense dividend payments. | | | 6,730.11 | 51,680.09 |
| | | Kevin R. McCarthy | Claims Distribution - Mon, 07-22-2024 $6,672.93 | 2100-000 | | | |
| | | Kevin R. McCarthy | Claims Distribution - Mon, 07-22-2024 $57.18 | 2200-000 | | | |
| 09/19/24 | 104 | MCCARTHY & WHITE, PLLC | Distribution payment - Dividend paid at 100.00% of $4,200.00; Claim # ; Filed: $4,200.00 | 3110-000 | | 4,200.00 | 47,480.09 |
| 09/19/24 | 105 | O'CONNOR, DESMARAIS, & BOLYARD, PLLC | Distribution payment - Dividend paid at 100.00% of $2,500.00; Claim # ; Filed: $2,500.00 | 3410-000 | | 2,500.00 | 44,980.09 |
| 09/19/24 | 106 | David Gregory | Distribution payment - Dividend paid at 12.02% of $374,208.17; Claim # 1; Filed: $374,208.17 | 7100-000 | | 44,980.09 | 0.00 |
| 10/11/24 | {122} | IRS | refund of 2022 Form 940 payment | 1224-000 | 724.60 | | 724.60 |
| | | **COLUMN TOTALS** | | | 69,183.15 | 68,458.55 | $724.60 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 69,183.15 | 68,458.55 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$69,183.15** | **$68,458.55** | |

{ } Asset Reference(s)    ! - transaction has not been cleared

**Form 2**

Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-10899 | **Trustee Name:** | Kevin R. McCarthy (730101) |
| **Case Name:** | SCREAMWORKS, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7022 | **Account #:** | ******0899 Checking |
| **For Period Ending:** | 10/23/2024 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $69,183.15 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $69,183.15 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0899 Checking | $69,183.15 | $68,458.55 | $724.60 |
| | **$69,183.15** | **$68,458.55** | **$724.60** |