**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria DIVISION**

In re: SCREAMWORKS, LLC  §  Case No. 23-10899
                        §
                        §
                        §
   Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

     Kevin R. McCarthy, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $223,592.51 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $45,704.69 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $23,478.46 | | |

     3) Total gross receipts of $69,183.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $69,183.15 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $13,983.00 | $13,983.00 | $13,946.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $9,531.69 | $9,531.69 | $9,531.69 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $290.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,101,272.14 | $374,208.17 | $374,208.17 | $45,704.69 |
| **TOTAL DISBURSEMENTS** | $1,101,562.14 | $397,722.86 | $397,722.86 | $69,183.15 |

4) This case was originally filed under chapter 11 on 05/30/2023, and it was converted to chapter 7 on 12/11/2023.  The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2024        By: /s/ Kevin R. McCarthy
                                            Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| IRS refund for 940 payment for 2022 | 1224-000 | $724.60 |
| Avoidance claim against Geller Law Group | 1249-000 | $2,366.47 |
| Chapter 11 attorney trust account funds | 1290-010 | $10,922.00 |
| DIP funds from Axos Bank | 1290-010 | $55,170.08 |
| **TOTAL GROSS RECEIPTS** | | **$69,183.15** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kevin R. McCarthy | 2100-000 | NA | $6,709.16 | $6,709.16 | $6,672.93 |
| Trustee, Expenses - Kevin R. McCarthy | 2200-000 | NA | $57.18 | $57.18 | $57.18 |
| Attorney for Trustee Fees - MCCARTHY & WHITE, PLLC | 3110-000 | NA | $4,200.00 | $4,200.00 | $4,200.00 |
| Bond Payments - BOND | 2300-000 | NA | $14.68 | $14.68 | $14.68 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $501.98 | $501.98 | $501.98 |
| Bank Service Fees - Metropolitan Bank Wire Fee | 2600-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Accountant for Trustee Fees (Other Firm) - O'CONNOR, DESMARAIS, & BOLYARD, PLLC | 3410-000 | NA | $2,500.00 | $2,500.00 | $2,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $13,983.00 | $13,983.00 | $13,946.77 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trustee Compensation - Angela L. Shortall | 6101-000 | NA | $9,500.00 | $9,500.00 | $9,500.00 |
| Prior Chapter Trustee Expenses - Angela L. Shortall | 6102-000 | NA | $31.69 | $31.69 | $31.69 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $0.00 | $9,531.69 | $9,531.69 | $9,531.69 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Commonwealth of Virginia | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Crystal Mills | 5300-000 | $240.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Kenneth Strader | 5300-000 | $50.00 | NA | NA | NA |
| N/F | Virginia Employment Commission | 5800-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$290.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | David Gregory | 7100-000 | $550,000.00 | $374,208.17 | $374,208.17 | $45,704.69 |
| N/F | Geller Law Group, PLLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Intuit, Inc. | 7100-000 | $90.00 | NA | NA | NA |
| N/F | Matthew Smith | 7100-000 | $616.00 | NA | NA | NA |
| N/F | Ooma, Inc. | 7100-000 | $28.14 | NA | NA | NA |
| N/F | Pincher Creek Construction, LLC | 7100-000 | $550,000.00 | NA | NA | NA |
| N/F | Sikich LLP | 7100-000 | $300.00 | NA | NA | NA |
| N/F | Thirty Seven Media and Marketing Group | 7100-000 | $50.00 | NA | NA | NA |
| N/F | Verizon | 7100-000 | $188.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,101,272.14** | **$374,208.17** | **$374,208.17** | **$45,704.69** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 23-10899 | Trustee Name: | (730101) Kevin R. McCarthy |
| Case Name: | SCREAMWORKS, LLC | Date Filed (f) or Converted (c): | 12/11/2023 (c) |
| | | § 341(a) Meeting Date: | 01/17/2024 |
| For Period Ending: | 12/23/2024 | Claims Bar Date: | 04/19/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Bank of Charles Town, xxxxxx7179 | 89,814.28 | 0.00 | | 0.00 | FA |
| 2 | Other inventory or supplies: GEP Vortex Tunnel 20', Net Book Value: $0.00 | 14,150.00 | 0.00 | | 0.00 | FA |
| 3 | Other inventory or supplies: Gore Galore Giant Chainsaw, Net Book Value: $0.00 | 5,160.00 | 0.00 | | 0.00 | FA |
| 4 | Other inventory or supplies: Poison Prop Autopsy Table, Net Book Value: $0.00 | 1,987.99 | 0.00 | | 0.00 | FA |
| 5 | Other inventory or supplies: Poison Prop Ceiling Hanger, Net Book Value: $0.00 | 2,563.99 | 0.00 | | 0.00 | FA |
| 6 | Other inventory or supplies: Nevermore Doll Character Lifesize, Net Book Value: $0.00 | 1,200.00 | 0.00 | | 0.00 | FA |
| 7 | Other inventory or supplies: Creepy Collection Mad Dr Lifesize, Net Book Value: $0.00 | 849.99 | 0.00 | | 0.00 | FA |
| 8 | Other inventory or supplies: Creepy Collection Clown Lifesize, Net Book Value: $0.00 | 849.99 | 0.00 | | 0.00 | FA |
| 9 | Other inventory or supplies: Creepy Collection 5 Clown Heads, Net Book Value: $0.00 | 549.99 | 0.00 | | 0.00 | FA |
| 10 | Other inventory or supplies: Creepy Collection 5 Severed Heads, Net Book Value: $0.00 | 549.99 | 0.00 | | 0.00 | FA |
| 11 | Other inventory or supplies: Hanging Skull Head, Net Book Value: $0.00 | 50.00 | 0.00 | | 0.00 | FA |
| 12 | Other inventory or supplies: Creepy Collection Smiley lifesize, Net Book Value: $0.00 | 899.99 | 0.00 | | 0.00 | FA |
| 13 | Other inventory or supplies: Creepy collection Apocalyptic Killer1 Lifesize, Net Book Value: $0.00 | 899.99 | 0.00 | | 0.00 | FA |
| 14 | Other inventory or supplies: Creepy Collection Apocalyptic Killer2 Lifesize, Net Book Value: $0.00 | 899.99 | 0.00 | | 0.00 | FA |
| 15 | Other inventory or supplies: Creepy Collection Red Dead Half Body, Net Book Value: $0.00 | 499.99 | 0.00 | | 0.00 | FA |
| 16 | Other inventory or supplies: Creepy Collection Dead Doll, Net Book Value: $0.00 | 849.99 | 0.00 | | 0.00 | FA |
| 17 | Other inventory or supplies: Creepy Collection Pig Mutant Lifesize, Net Book Value: $0.00 | 849.99 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 2

| Case No.: | 23-10899 | | Trustee Name: | (730101) Kevin R. McCarthy |
|---|---|---|---|---|
| Case Name: | SCREAMWORKS, LLC | | Date Filed (f) or Converted (c): | 12/11/2023 (c) |
| | | | § 341(a) Meeting Date: | 01/17/2024 |
| For Period Ending: | 12/23/2024 | | Claims Bar Date: | 04/19/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | Other inventory or supplies: Creepy Collection Plague Dr, Net Book Value: $0.00 | 849.99 | 0.00 | | 0.00 | FA |
| 19 | Other inventory or supplies: Creepy Collection Emogi, Net Book Value: $0.00 | 849.99 | 0.00 | | 0.00 | FA |
| 20 | Other inventory or supplies: Creepy Collection Turned Head, Net Book Value: $0.00 | 849.99 | 0.00 | | 0.00 | FA |
| 21 | Other inventory or supplies: Dapper Cadaver Legs, Net Book Value: $0.00 | 1,675.00 | 0.00 | | 0.00 | FA |
| 22 | Other inventory or supplies: Blank Foam Bodies (13 such items), Net Book Value: $0.00 | 2,729.35 | 0.00 | | 0.00 | FA |
| 23 | Other inventory or supplies: 12 Foot Skeletons (two such items), Net Book Value: $0.00 | 600.00 | 0.00 | | 0.00 | FA |
| 24 | Other inventory or supplies: Drop Boxes, Net Book Value: $0.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 25 | Other inventory or supplies: Slide Windows, Net Book Value: $0.00 | 220.00 | 0.00 | | 0.00 | FA |
| 26 | Other inventory or supplies: Elevator, Net Book Value: $0.00 | 2,994.35 | 0.00 | | 0.00 | FA |
| 27 | Other inventory or supplies: Chainsaws (four such items), Net Book Value: $0.00 | 876.00 | 0.00 | | 0.00 | FA |
| 28 | Other inventory or supplies: Pop Crackers (two such items), Net Book Value: $0.00 | 429.94 | 0.00 | | 0.00 | FA |
| 29 | Other inventory or supplies: Flashplate, Net Book Value: $0.00 | 269.97 | 0.00 | | 0.00 | FA |
| 30 | Other inventory or supplies: Laser Swamp, Net Book Value: $0.00 | 879.99 | 0.00 | | 0.00 | FA |
| 31 | Other inventory or supplies: Haze Machine, Net Book Value: $0.00 | 469.00 | 0.00 | | 0.00 | FA |
| 32 | Other inventory or supplies: Squish Floor, Net Book Value: $0.00 | 527.99 | 0.00 | | 0.00 | FA |
| 33 | Other inventory or supplies: Sliding Floor, Net Book Value: $0.00 | 1,200.00 | 0.00 | | 0.00 | FA |
| 34 | Other inventory or supplies: Black and White Maze, Net Book Value: $0.00 | 1,185.00 | 0.00 | | 0.00 | FA |
| 35 | Other inventory or supplies: Fog Geyser, Net Book Value: $0.00 | 700.00 | 0.00 | | 0.00 | FA |
| 36 | Other inventory or supplies: Fog Geyser, Net Book Value: $0.00 | 2,899.99 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| Case No.: | 23-10899 | Trustee Name: | (730101) Kevin R. McCarthy |
| Case Name: | SCREAMWORKS, LLC | Date Filed (f) or Converted (c): | 12/11/2023 (c) |
| | | § 341(a) Meeting Date: | 01/17/2024 |
| For Period Ending: | 12/23/2024 | Claims Bar Date: | 04/19/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 37 | Other inventory or supplies: Color Laser, Net Book Value: $0.00 | 44.20 | 0.00 | | 0.00 | FA |
| 38 | Other inventory or supplies: Shock Mats, Net Book Value: $0.00 | 116.50 | 0.00 | | 0.00 | FA |
| 39 | Other inventory or supplies: Creature Crate, Net Book Value: $0.00 | 1,039.98 | 0.00 | | 0.00 | FA |
| 40 | Other inventory or supplies: Pot Rack, Net Book Value: $0.00 | 324.97 | 0.00 | | 0.00 | FA |
| 41 | Other inventory or supplies: Jumping Barrel, Net Book Value: $0.00 | 330.24 | 0.00 | | 0.00 | FA |
| 42 | Other inventory or supplies: Pop Blasters (five such items), Net Book Value: $0.00 | 3,239.76 | 0.00 | | 0.00 | FA |
| 43 | Other inventory or supplies: Video Scare Door and Television, Net Book Value: $0.00 | 900.00 | 0.00 | | 0.00 | FA |
| 44 | Other inventory or supplies: Video Scare Camera and Television, Net Book Value: $0.00 | 400.00 | 0.00 | | 0.00 | FA |
| 45 | Other inventory or supplies: Spark Fence, Net Book Value: $0.00 | 196.15 | 0.00 | | 0.00 | FA |
| 46 | Other inventory or supplies: Door Bangers (two such items), Net Book Value: $0.00 | 649.98 | 0.00 | | 0.00 | FA |
| 47 | Other inventory or supplies: Video Repeater, Net Book Value: $0.00 | 115.52 | 0.00 | | 0.00 | FA |
| 48 | Other inventory or supplies: Wooden Table (six such items), Net Book Value: $0.00 | 360.00 | 0.00 | | 0.00 | FA |
| 49 | Other inventory or supplies: Bunk Beds (five such items), Net Book Value: $0.00 | 750.00 | 0.00 | | 0.00 | FA |
| 50 | Other inventory or supplies: Steel 55 Gallon Barrels (58 such items), Net Book Value: $0.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 51 | Other inventory or supplies: Sets (138 such items), Net Book Value: $0.00 | 6,900.00 | 0.00 | | 0.00 | FA |
| 52 | Other inventory or supplies: Plexi Window, Net Book Value: $0.00 | 90.00 | 0.00 | | 0.00 | FA |
| 53 | Other inventory or supplies: Dolls (ten such items), Net Book Value: $0.00 | 50.00 | 0.00 | | 0.00 | FA |
| 54 | Other inventory or supplies: Curtains (five such items), Net Book Value: $0.00 | 280.85 | 0.00 | | 0.00 | FA |
| 55 | Other inventory or supplies: Netting (five sets), Net Book Value: $0.00 | 352.45 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

| Case No.: | 23-10899 | Trustee Name: | (730101) Kevin R. McCarthy |
| Case Name: | SCREAMWORKS, LLC | Date Filed (f) or Converted (c): | 12/11/2023 (c) |
|  |  | § 341(a) Meeting Date: | 01/17/2024 |
| For Period Ending: | 12/23/2024 | Claims Bar Date: | 04/19/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 56 | Other inventory or supplies: Erosion Cloth (two such items), Net Book Value: $0.00 | 279.98 | 0.00 |  | 0.00 | FA |
| 57 | Other inventory or supplies: Freezer Handles (12 such items), Net Book Value: $0.00 | 285.00 | 0.00 |  | 0.00 | FA |
| 58 | Other inventory or supplies: Bungee Cords (16 such items), Net Book Value: $0.00 | 95.88 | 0.00 |  | 0.00 | FA |
| 59 | Other inventory or supplies: Exit Stickers (23 such items), Net Book Value: $0.00 | 176.45 | 0.00 |  | 0.00 | FA |
| 60 | Other inventory or supplies: Foam Noodles (50 such items), Net Book Value: $0.00 | 184.43 | 0.00 |  | 0.00 | FA |
| 61 | Other inventory or supplies: Fear Flaps (16 such items), Net Book Value: $0.00 | 439.99 | 0.00 |  | 0.00 | FA |
| 62 | Other inventory or supplies: Chain Link (four such items), Net Book Value: $0.00 | 436.00 | 0.00 |  | 0.00 | FA |
| 63 | Other inventory or supplies: Locks (30 such items), Net Book Value: $0.00 | 227.80 | 0.00 |  | 0.00 | FA |
| 64 | Other inventory or supplies: Haunt Curtains (four such items), Net Book Value: $0.00 | 800.00 | 0.00 |  | 0.00 | FA |
| 65 | Other inventory or supplies: Hanging Barbed Wire (five such items), Net Book Value: $0.00 | 25.00 | 0.00 |  | 0.00 | FA |
| 66 | Other inventory or supplies: Morgue Doors (12 such items), Net Book Value: $0.00 | 285.00 | 0.00 |  | 0.00 | FA |
| 67 | Other inventory or supplies: Shower Curtains and Rods (two such items), Net Book Value: $0.00 | 46.00 | 0.00 |  | 0.00 | FA |
| 68 | Other inventory or supplies: Wool Blankets (four such items)., Net Book Value: $0.00 | 99.60 | 0.00 |  | 0.00 | FA |
| 69 | Other inventory or supplies: Haunt Pin Light System (100 such items), Net Book Value: $0.00 | 2,595.34 | 0.00 |  | 0.00 | FA |
| 70 | Other inventory or supplies: Strobe Lighting, Net Book Value: $0.00 | 419.65 | 0.00 |  | 0.00 | FA |
| 71 | Other inventory or supplies: Big Strobe Lights (four such items), Net Book Value: $0.00 | 139.80 | 0.00 |  | 0.00 | FA |
| 72 | Other inventory or supplies: Siren Light (two such items), Net Book Value: $0.00 | 44.00 | 0.00 |  | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 5

| Case No.: | 23-10899 | Trustee Name: | (730101) Kevin R. McCarthy |
| Case Name: | SCREAMWORKS, LLC | Date Filed (f) or Converted (c): | 12/11/2023 (c) |
|  |  | § 341(a) Meeting Date: | 01/17/2024 |
| For Period Ending: | 12/23/2024 | Claims Bar Date: | 04/19/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 73 | Other inventory or supplies: Black Lights (three such items), Net Book Value: $0.00 | 464.94 | 0.00 | | 0.00 | FA |
| 74 | Other inventory or supplies: Cone Lights (four such items), Net Book Value: $0.00 | 317.95 | 0.00 | | 0.00 | FA |
| 75 | Other inventory or supplies: Party Lights (eight such items), Net Book Value: $0.00 | 183.37 | 0.00 | | 0.00 | FA |
| 76 | Other inventory or supplies: 24 Port Poe Switch (two such items), Net Book Value: $0.00 | 400.00 | 0.00 | | 0.00 | FA |
| 77 | Other inventory or supplies: Dell Laptop Sound Control, Net Book Value: $0.00 | 300.00 | 0.00 | | 0.00 | FA |
| 78 | Other inventory or supplies: Speakers 10" (23 such items), Net Book Value: $0.00 | 4,056.00 | 0.00 | | 0.00 | FA |
| 79 | Other inventory or supplies: 18" Bass Sub, Net Book Value: $0.00 | 740.94 | 0.00 | | 0.00 | FA |
| 80 | Other inventory or supplies: Converters (24 such items), Net Book Value: $0.00 | 4,213.00 | 0.00 | | 0.00 | FA |
| 81 | Other inventory or supplies: Power Strip, Net Book Value: $0.00 | 20.00 | 0.00 | | 0.00 | FA |
| 82 | Other inventory or supplies: Speaker Mount (24 such items), Net Book Value: $0.00 | 623.75 | 0.00 | | 0.00 | FA |
| 83 | Other inventory or supplies: Sound Bar, Net Book Value: $0.00 | 239.89 | 0.00 | | 0.00 | FA |
| 84 | Other inventory or supplies: Handheld Radios (20 such items), Net Book Value: $0.00 | 186.99 | 0.00 | | 0.00 | FA |
| 85 | Other inventory or supplies: Foam Carver, Net Book Value: $0.00 | 250.73 | 0.00 | | 0.00 | FA |
| 86 | Other inventory or supplies: Blower Fans (two such items), Net Book Value: $0.00 | 228.94 | 0.00 | | 0.00 | FA |
| 87 | Other inventory or supplies: Phone Cases (two such items), Net Book Value: $0.00 | 29.66 | 0.00 | | 0.00 | FA |
| 88 | Other inventory or supplies: Welder, Net Book Value: $0.00 | 109.12 | 0.00 | | 0.00 | FA |
| 89 | Other inventory or supplies: Jack, Net Book Value: $0.00 | 254.40 | 0.00 | | 0.00 | FA |
| 90 | Other inventory or supplies: Lorex DVR 32, Net Book Value: $0.00 | 5,819.37 | 0.00 | | 0.00 | FA |
| 91 | Other inventory or supplies: Lorex DVR 8 (two such items), Net Book Value: $0.00 | 2,800.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Exhibit 8
Page: 6

| Case No.: | 23-10899 | Trustee Name: | (730101) Kevin R. McCarthy |
| Case Name: | SCREAMWORKS, LLC | Date Filed (f) or Converted (c): | 12/11/2023 (c) |
| | | § 341(a) Meeting Date: | 01/17/2024 |
| For Period Ending: | 12/23/2024 | Claims Bar Date: | 04/19/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 92 | Other inventory or supplies: 55" TV Monitor (three such items), Net Book Value: $0.00 | 750.00 | 0.00 | | 0.00 | FA |
| 93 | Other inventory or supplies: Outdoor Cat 5 Cable, Net Book Value: $0.00 | 5,931.41 | 0.00 | | 0.00 | FA |
| 94 | Other inventory or supplies: 8 Port Switch, Net Book Value: $0.00 | 30.00 | 0.00 | | 0.00 | FA |
| 95 | Other inventory or supplies: Power Strip (two such items), Net Book Value: $0.00 | 20.00 | 0.00 | | 0.00 | FA |
| 96 | Other inventory or supplies: Actor Spot Cameras (14 such items), Net Book Value: $0.00 | 951.86 | 0.00 | | 0.00 | FA |
| 97 | Other inventory or supplies: Electro Magnets (19 such items), Net Book Value: $0.00 | 332.50 | 0.00 | | 0.00 | FA |
| 98 | Other inventory or supplies: 80 Gallon Air Compressor (two such items), Net Book Value: $0.00 | 3,600.00 | 0.00 | | 0.00 | FA |
| 99 | Other inventory or supplies: 100 ft. Hose (several such items), Net Book Value: $0.00 | 1,697.70 | 0.00 | | 0.00 | FA |
| 100 | Other inventory or supplies: Air Driers (35 such items), Net Book Value: $0.00 | 559.65 | 0.00 | | 0.00 | FA |
| 101 | Other inventory or supplies: Timing Control (two such items), Net Book Value: $0.00 | 1,200.00 | 0.00 | | 0.00 | FA |
| 102 | Other inventory or supplies: Exit Signs (16 such items), Net Book Value: $0.00 | 302.00 | 0.00 | | 0.00 | FA |
| 103 | Other inventory or supplies: Exit Lighting, Net Book Value: $0.00 | 1,335.60 | 0.00 | | 0.00 | FA |
| 104 | Other inventory or supplies: Some Detectors (34 such items), Net Book Value: $0.00 | 314.84 | 0.00 | | 0.00 | FA |
| 105 | Other inventory or supplies: Fire Extinguishers (12 such items), Net Book Value: $0.00 | 960.00 | 0.00 | | 0.00 | FA |
| 106 | Other inventory or supplies: Emergency White Light System, Net Book Value: $0.00 | 4,841.97 | 0.00 | | 0.00 | FA |
| 107 | Other inventory or supplies: Picnic Tables (ten such items), Net Book Value: $0.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 108 | Other inventory or supplies: Six Foot Folding Tables (10 such items), Net Book Value: $0.00 | 540.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 7

| Case No.: | 23-10899 | Trustee Name: | (730101) Kevin R. McCarthy |
| --- | --- | --- | --- |
| Case Name: | SCREAMWORKS, LLC | Date Filed (f) or Converted (c): | 12/11/2023 (c) |
| | | § 341(a) Meeting Date: | 01/17/2024 |
| For Period Ending: | 12/23/2024 | Claims Bar Date: | 04/19/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 109 | Other inventory or supplies: Tents (two such items), Net Book Value: $0.00 | 253.98 | 0.00 | | 0.00 | FA |
| 110 | Other inventory or supplies: POE Square Systems (six such items), Net Book Value: $0.00 | 4,800.00 | 0.00 | | 0.00 | FA |
| 111 | Other inventory or supplies: iPad, Net Book Value: $0.00 | 429.00 | 0.00 | | 0.00 | FA |
| 112 | Other inventory or supplies: Silt Fence, Net Book Value: $0.00 | 1,520.58 | 0.00 | | 0.00 | FA |
| 113 | Other inventory or supplies: Parking Vests (10 such items), Net Book Value: $0.00 | 26.48 | 0.00 | | 0.00 | FA |
| 114 | Other inventory or supplies: Promotional Merchandise, Net Book Value: $0.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 115 | Other inventory or supplies: Cammoflage Poncho, Net Book Value: $0.00 | 19.99 | 0.00 | | 0.00 | FA |
| 116 | Other inventory or supplies: Clown Blaster, Net Book Value: $0.00 | 199.99 | 0.00 | | 0.00 | FA |
| 117 | Other inventory or supplies: Air Makeup Guns (eight such items), Net Book Value: $0.00 | 1,100.00 | 0.00 | | 0.00 | FA |
| 118 | Other inventory or supplies: Gun Holders (three such items), Net Book Value: $0.00 | 82.68 | 0.00 | | 0.00 | FA |
| 119 | DIP funds from Axos Bank (u) | 0.00 | 0.00 | | 55,170.08 | FA |
| 120 | Chapter 11 attorney trust account funds (u) | 0.00 | 0.00 | | 10,922.00 | FA |
| 121 | Avoidance claim against Geller Law Group (u)<br>Section 549 claim. | 2,366.47 | 2,366.47 | | 2,366.47 | FA |
| 122 | IRS refund for 940 payment for 2022 (u) | 0.00 | 0.00 | | 724.60 | FA |
| **122** | **Assets Totals (Excluding unknown values)** | **$225,958.98** | **$2,366.47** | | **$69,183.15** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   12/31/2024      Current Projected Date Of Final Report (TFR):   07/22/2024 (Actual)

| 12/23/2024 | /s/Kevin R. McCarthy |
| --- | --- |
| Date | Kevin R. McCarthy |

**UST Form 101-7-TDR ( 10 /1/2010)**

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 23-10899 | Trustee Name: | Kevin R. McCarthy (730101) |
|---|---|---|---|
| Case Name: | SCREAMWORKS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7022 | Account #: | ******0899 Checking |
| For Period Ending: | 12/23/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/23/24 | {119} | Bankruptcy Estate | WIRE FROM SCREAMWORKS LLC | 1290-010 | 55,170.08 | | 55,170.08 |
| 01/23/24 | {120} | Bankruptcy Estate | Middletown Valle P2P PAYMNT 012224 | 1290-010 | 10,922.00 | | 66,092.08 |
| 01/23/24 | | Metropolitan Bank Wire Fee | Metropolitan Bank Wire Fee | 2600-000 | | 10.00 | 66,082.08 |
| 01/24/24 | | Metropolitan Bank Wire Fee Refund | Metropolitan Bank Wire Fee Refund | 2600-000 | | -10.00 | 66,092.08 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 28.16 | 66,063.92 |
| 02/22/24 | 101 | Angela L. Shortall | fees and expenses approved by court in D.E. 104 | | | 9,531.69 | 56,532.23 |
| | | | fees           $9,500.00 | 6101-000 | | | |
| | | | expenses           $31.69 | 6102-000 | | | |
| 02/22/24 | 102 | Insurance Partners Agency | Acct. No. 118508 | 2300-000 | | 14.68 | 56,517.55 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 102.07 | 56,415.48 |
| 03/22/24 | {121} | Geller Law Group | turnover of 549 claim amount | 1249-000 | 2,366.47 | | 58,781.95 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 87.66 | 58,694.29 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.06 | 58,594.23 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 96.77 | 58,497.46 |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 87.26 | 58,410.20 |
| 09/19/24 | 103 | Kevin R. McCarthy | Combined trustee compensation & expense dividend payments. | | | 6,730.11 | 51,680.09 |
| | | Kevin R. McCarthy | Claims Distribution - Mon, 07-22-2024           $6,672.93 | 2100-000 | | | |
| | | Kevin R. McCarthy | Claims Distribution - Mon, 07-22-2024           $57.18 | 2200-000 | | | |
| 09/19/24 | 104 | MCCARTHY & WHITE, PLLC | Distribution payment - Dividend paid at 100.00% of $4,200.00; Claim # ; Filed: $4,200.00 | 3110-000 | | 4,200.00 | 47,480.09 |
| 09/19/24 | 105 | O'CONNOR, DESMARAIS, & BOLYARD, PLLC | Distribution payment - Dividend paid at 100.00% of $2,500.00; Claim # ; Filed: $2,500.00 | 3410-000 | | 2,500.00 | 44,980.09 |
| 09/19/24 | 106 | David Gregory | Distribution payment - Dividend paid at 12.02% of $374,208.17; Claim # 1; Filed: $374,208.17 | 7100-000 | | 44,980.09 | 0.00 |
| 10/11/24 | {122} | IRS | refund of 2022 Form 940 payment | 1224-000 | 724.60 | | 724.60 |
| 11/01/24 | 107 | David Gregory | Distribution payment - Dividend paid at 0.19% of $374,208.17; Claim # 1; Filed: $374,208.17 | 7100-000 | | 724.60 | 0.00 |

Page Subtotals:     $69,183.15     $69,183.15

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10/1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 23-10899 | Trustee Name: | Kevin R. McCarthy (730101) |
|---|---|---|---|
| Case Name: | SCREAMWORKS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7022 | Account #: | ******0899 Checking |
| For Period Ending: | 12/23/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | 69,183.15 | 69,183.15 | $0.00 |
| | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | Subtotal | | 69,183.15 | 69,183.15 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | $69,183.15 | $69,183.15 | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-10899 | **Trustee Name:** | Kevin R. McCarthy (730101) |
| **Case Name:** | SCREAMWORKS, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7022 | **Account #:** | ******0899 Checking |
| **For Period Ending:** | 12/23/2024 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $69,183.15 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $69,183.15 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0899 Checking | $69,183.15 | $69,183.15 | $0.00 |
| | **$69,183.15** | **$69,183.15** | **$0.00** |

12/23/2024
Date

/s/Kevin R. McCarthy
Kevin R. McCarthy

UST Form 101-7-TDR (10 /1/2010)