UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
____Alexandria____ Division

In re: Screamworks, LLC

DEBTOR NAME(S)　　　　　　　　　　　　　　　　　　Case No.  23-10899-BFK

　　　　　Debtor.

ORDER DISCHARGING TRUSTEE AND CLOSING CASE

　　　　It appearing to the Court that  Kevin R. McCarthy  , Trustee, has reduced the property and effects of the estate to cash; that the Trustee has made distribution thereof and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required in the administration of said estate; and upon Application of the said Trustee, and the review by the United States Trustee, and it further appearing to the Court that nothing further remains to be done in this matter

　　　　It is ORDERED that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged and relieved of the trust.

　　　　　　　　　　　　　　　　　　　　　　　　CHARRI S. STEWART
　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date: January 3, 2025　　　　　　　　　　　　By: /s/ Stephanie Thomas
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　　　　　　　　NOTICE OF JUDGMENT ORDER
　　　　　　　　　　　　　　　　　　　　　　　　ENTERED ON DOCKET:
　　　　　　　　　　　　　　　　　　　　　　　　January 3, 2025